Case 1:23-cr-00028-DLF   Document 2-1   Filed 01/2...

Case: 1:23−cr−0028
Assigned To: Judge Dabney L. Friedrich
Assign. Date 1/24/2023
Description: Rule 20 INDICTMENT (B)
Case Related to 20-cr-202 (DLF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-20-861 |
| PASCALE CECILE VERONIQUE FERRIER<br>aka Jane Ferrier | § | |

United States District Court
Southern District of Texas
FILED

DEC 1 4 2020

David J. Bradley, Clerk of Court

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about September 14, 2020, in the Southern District of Texas and elsewhere, Defendant,

**PASCALE CECILE VERONIQUE FERRIER**
**aka Jane Ferrier**,

did knowingly develop, produce, stockpile, transfer, acquire, retain and possess, and attempted to develop, produce, stockpile, transfer, acquire, retain and possess a biological agent, toxin, and delivery system, for use as a weapon, to wit, ricin, which was sent in an envelope to Deputy Warden Alexander Sanchez, El Valle Detention Facility.

In violation of Title 18 United States Code Section 175(a).

### COUNT TWO

On or about September 14, 2020, in the Southern District of Texas and elsewhere, Defendant,

**PASCALE CECILE VERONIQUE FERRIER**
**aka Jane Ferrier**,

did knowingly develop, produce, stockpile, transfer, acquire, retain and possess, and attempted to develop, produce, stockpile, transfer, acquire, retain and possess a

biological agent, toxin, and delivery system, for use as a weapon, to wit, ricin, which was sent in an envelope to Sheriff J. E. "Eddie" Guerra, Hidalgo County Sheriff's Office.

In violation of Title 18 United States Code Section 175(a).

### COUNT THREE

On or about September 15, 2020, in the Southern District of Texas and elsewhere, Defendant,

**PASCALE CECILE VERONIQUE FERRIER**
**aka Jane Ferrier**,

did knowingly develop, produce, stockpile, transfer, acquire, retain and possess, and attempted to develop, produce, stockpile, transfer, acquire, retain and possess a biological agent, toxin, and delivery system, for use as a weapon, to wit, ricin, which was sent in an envelope to Corporal Ashley Ibarra, Hidalgo County Adult Detention Center.

In violation of Title 18 United States Code Section 175(a).

### COUNT FOUR

On or about September 15, 2020, in the Southern District of Texas and elsewhere, Defendant,

**PASCALE CECILE VERONIQUE FERRIER**
**aka Jane Ferrier**,

did knowingly develop, produce, stockpile, transfer, acquire, retain and possess, and attempted to develop, produce, stockpile, transfer, acquire, retain and possess a biological agent, toxin, and delivery system, for use as a weapon, to wit, ricin, which was sent in an envelope to Sergeant Cynthia Casanova, Hidalgo County Adult Detention Center.

In violation of Title 18 United States Code Section 175(a).

## COUNT FIVE

On or about September 15, 2020, in the Southern District of Texas and elsewhere, Defendant,

### PASCALE CECILE VERONIQUE FERRIER
### aka Jane Ferrier,

did knowingly develop, produce, stockpile, transfer, acquire, retain and possess, and attempted to develop, produce, stockpile, transfer, acquire, retain and possess a biological agent, toxin, and delivery system, for use as a weapon, to wit, ricin, which was sent in an envelope to Corporal Veronica Bueno, Hidalgo County Adult Detention Center.

In violation of Title 18 United States Code Section 175(a).

## COUNT SIX

On or about September 16, 2020, in the Southern District of Texas and elsewhere, Defendant,

### PASCALE CECILE VERONIQUE FERRIER
### aka Jane Ferrier,

did knowingly develop, produce, stockpile, transfer, acquire, retain and possess, and attempted to develop, produce, stockpile, transfer, acquire, retain and possess a biological agent, toxin, and delivery system, for use as a weapon, to wit, ricin, which was sent in an envelope to Warden, Brooks County Detention Center.

In violation of Title 18 United States Code Section 175(a).

## COUNT SEVEN

On or about September 14, 2020, in the Southern District of Texas and elsewhere, Defendant,

### PASCALE CECILE VERONIQUE FERRIER
### aka Jane Ferrier,

did knowingly develop, produce, stockpile, transfer, acquire, retain and possess, and

attempted to develop, produce, stockpile, transfer, acquire, retain and possess a biological agent, toxin, and delivery system, for use as a weapon, to wit, ricin, which was sent in an envelope to Sheriff Urbino "Benny" Martinez, Brooks County Sheriff's Office.

In violation of Title 18 United States Code Section 175(a).

## COUNT EIGHT

On or about September 21, 2020, in the Southern District of Texas and elsewhere, Defendant,

### PASCALE CECILE VERONIQUE FERRIER
### aka Jane Ferrier,

did knowingly develop, produce, stockpile, transfer, acquire, retain and possess, and attempted to develop, produce, stockpile, transfer, acquire, retain and possess a biological agent, toxin, and delivery system, for use as a weapon, to wit, ricin, which was sent in an envelope to Chief Robert Dominguez, Mission Police Department.

In violation of Title 18 United States Code Section 175(a).

## COUNT NINE

On or about September 14, 2020, in the Southern District of Texas and elsewhere, Defendant,

### PASCALE CECILE VERONIQUE FERRIER
### aka Jane Ferrier,

did knowingly and willfully transmit in interstate and foreign commerce a communication, a letter, containing a threat to injure the person of another, to wit, Deputy Warden Alexander Sanchez, El Valle Detention Facility, specifically stating in part, "I made a 'Special Gift' for you, which is in this letter. But if it doesn't work, I will find another recipe for another poison".

In violation of Title 18 United States Code Section 875(c).

## COUNT TEN

On or about September 14, 2020, in the Southern District of Texas and elsewhere, Defendant,

### PASCALE CECILE VERONIQUE FERRIER
### aka Jane Ferrier,

did knowingly and willfully transmit in interstate and foreign commerce a communication, a letter, containing a threat to injure the person of another, to wit, Sheriff J. E. "Eddie" Guerra, Hidalgo County Sheriff's Office, specifically stating in part, "I made a 'Special Gift' for you…, which is in this letter….If it doesn't work, I will find a better recipe for another poison, or I might use my gun when I will be able to come".

In violation of Title 18 United States Code Section 875(c).

## COUNT ELEVEN

On or about September 15, 2020, in the Southern District of Texas and elsewhere, Defendant,

### PASCALE CECILE VERONIQUE FERRIER
### aka Jane Ferrier,

did knowingly and willfully transmit in interstate and foreign commerce a communication, a letter, containing a threat to injure the person of another, to wit, Corporal Ashley Ibarra, Hidalgo County Adult Detention Center, specifically stating in part, "…I made a Special Gift' for you, which is in this letter. If it doesn't work, I will find a better recipe for another poison, or I might use my gun when I'll be able to come".

In violation of Title 18 United States Code Section 875(c).

## COUNT TWELVE

On or about September 15, 2020, in the Southern District of Texas and elsewhere, Defendant,

**PASCALE CECILE VERONIQUE FERRIER
aka Jane Ferrier,**

did knowingly and willfully transmit in interstate and foreign commerce a communication, a letter, containing a threat to injure the person of another, to wit, Sergeant Cynthia Casanova, Hidalgo County Adult Detention Center, specifically stating in part, "…I made a 'Special Gift' for you, which is in this letter. If it doesn't work, I will find a better recipe for another poison, or I might use my gun when I'll be able to come".

In violation of Title 18 United States Code Section 875(c).

## COUNT THIRTEEN

On or about September 15, 2020, in the Southern District of Texas and elsewhere, Defendant,

**PASCALE CECILE VERONIQUE FERRIER
aka Jane Ferrier,**

did knowingly and willfully transmit in interstate and foreign commerce a communication, a letter, containing a threat to injure the person of another, to wit, Corporal Veronica Bueno, Hidalgo County Adult Detention Center, specifically stating in part, "…I made a "Special Gift" for you, which is in this letter. If it doesn't work, I will find a better recipe for another poison, or I might use my gun when I'll be able to come".

In violation of Title 18 United States Code Section 875(c).

## COUNT FOURTEEN

On or about September 16, 2020, in the Southern District of Texas and elsewhere, Defendant,

### PASCALE CECILE VERONIQUE FERRIER
### aka Jane Ferrier,

did knowingly and willfully transmit in interstate and foreign commerce a communication, a letter, containing a threat to injure the person of another, to wit, the Warden of the Brooks County Detention Center, specifically stating in part, "...I made a 'Special Gift' for you, which is in this letter. If it doesn't work, I will find a better recipe for another poison, or I might use my gun when I'll be able to come".

In violation of Title 18 United States Code Section 875(c).

## COUNT FIFTEEN

On or about September 14, 2020, in the Southern District of Texas and elsewhere, Defendant,

### PASCALE CECILE VERONIQUE FERRIER
### aka Jane Ferrier,

did knowingly and willfully transmit in interstate and foreign commerce a communication, a letter, containing a threat to injure the person of another, to wit, Sheriff Urbino "Benny" Martinez, Brooks County Sheriff's Office, specifically stating in part, "...I made a 'Special Gift' for you, which is in this letter. If it doesn't work, I will find a better recipe for another poison, or I might use my gun when I'll be able to come".

In violation of Title 18 United States Code Section 875(c).

## COUNT SIXTEEN

On or about September 21, 2020, in the Southern District of Texas and elsewhere, Defendant,

**PASCALE CECILE VERONIQUE FERRIER**
**aka Jane Ferrier**,

did knowingly and willfully transmit in interstate and foreign commerce a communication, a letter, containing a threat to injure the person of another, to wit, Chief Robert Dominguez, Mission Police Department, specifically stating in part, "…I made a 'Special Gift' for you, which is in this letter. If it doesn't work, I will find a better recipe for another poison, or I might use my gun when I'll be able to come".

In violation of Title 18 United States Code Section 875(c).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
DAVID A. CORONADO
Assistant United States Attorney

_____
DAVID A. LINDENMUTH
Assistant United States Attorney

_____
ALAMDAR S. HAMDANI
Assistant United States Attorney