1     IN THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF COLUMBIA

2


3

UNITED STATES OF AMERICA,

4             Criminal Action
    Plaintiff,      No. 1:20-cr-0202

5             No. 1:23-cr-0028
   vs.

6             Washington, DC
PASCALE FERRIER,      January 25, 2023

7

    Defendant.      10:49 a.m.

8 _____/

9

    TRANSCRIPT OF PLEA AGREEMENT HEARING

10  BEFORE THE HONORABLE DABNEY L. FRIEDRICH
     UNITED STATES DISTRICT JUDGE

11


12

APPEARANCES:

13

For the Government:  MICHAEL FRIEDMAN

14         USAO-DC
         555 Fourth Street, NW

15         Washington, DC 20530

16

For the Defendant:  EUGENE OHM

17         FPD-DC
         625 Indiana Avenue, NW, Suite 550

18         Washington, DC 20004

19

20

21

22

Court Reporter:   JEFF M. HOOK

23         Official Court Reporter
         U.S. District & Bankruptcy Courts

24         333 Constitution Avenue, NW
         Room 4700-C

25         Washington, DC 20001

1        **P R O C E E D I N G S**

2              **THE COURT:**  So we're prepared to proceed with the

3    plea.  For the Government's benefit, as you probably

4    assumed, I looked at and decided to accept the stipulated

5    order of removal provision.  I did see that a number of

6    judges -- or rather my law clerk saw that a number of judges

7    on this Court, including Judges Collier, Hogan, Contreras

8    and Kollar-Kotelly, have accepted similar language in the

9    pleas.

10             This is, of course, an aggravated felony, correct?

11             **MR. FRIEDMAN:**  Yes.

12             **THE COURT:**  To which she's pleading guilty.  Can

13   you tell me, Mr. Friedman, what the order would be?  At what

14   point would I or a judge enter the actual order of removal,

15   at the conclusion of the sentence?

16             **MR. FRIEDMAN:**  Yes, I believe after imposing

17   sentence or as part of that process of imposing sentence.

18             **THE COURT:**  So do you envision me doing this at

19   the time of sentencing or subsequently when she's released?

20             **MR. FRIEDMAN:**  The United States would propose on

21   the date of sentencing.

22             **THE COURT:**  And you will have that documentation

23   for me?

24             **MR. FRIEDMAN:**  Yes.

25             **THE COURT:**  So I'm informed that the Texas case

1  officially transferred.  If you all don't have it already,

2  that case number here in DDC is 23-cr-28.

3           Mr. Ohm, do we have an interpreter -- yes, we do,

4  present?  Is Ms. Ferrier going to plead with the assistance

5  of the interpreter or use the interpreter as needed?

6           **MR. OHM:**  As needed, Your Honor.

7           **THE COURT:**  Mr. Ohm, I know we've discussed this

8  before, but I just -- this is an important hearing, and I

9  want to be very certain that Ms. Ferrier's not confused in

10  any way.  Have you gone over these plea agreements with her

11  in detail separately?

12           **MR. OHM:**  Several times, Your Honor.

13           **THE COURT:**  And did you have to have an

14  interpreter in order to communicate with her for that?

15           **MR. OHM:**  No, Your Honor, although I once gave her

16  a French -- a French translation of the documents which she

17  advised me was not particularly accurate.  So I'm pretty

18  confident about her English abilities.

19           **THE COURT:**  Well, Ms. Ferrier, as we've discussed

20  before, if at any point you're not certain of what I'm

21  saying or the plea agreement states, I want you to let me

22  know.  But we do have an interpreter here if assistance is

23  needed.  We have a lot to cover here.  I've received the

24  Rule 20 paperwork from the Southern District of Texas, and

25  that is all in order.  And I understand that as -- is there

1    actually a provision in the plea agreement in which she

2    consented to that, remind me, Mr. Friedman?

3           **MR. FRIEDMAN:**  Yes.

4           **THE COURT:**  You want a finding, though, that that

5    consent was knowingly and voluntarily given, correct?

6           **MR. FRIEDMAN:**  Yes.  It was part of the D.C. plea

7    agreement, and the defendant, the defense attorney and the

8    Government have all signed the Rule 20 paperwork.  The one

9    question I had, just for clerical sake, was whether Your

10   Honor intended to call both of the cases or one at a time?

11          **THE COURT:**  I do, because having read both

12   carefully, so far as I can see, the principal difference is

13   that the United States has not agreed to waive its right to

14   appeal my sentence in the Texas case that was transferred

15   here if I reject the plea and sentence Ms. Ferrier under the

16   guidelines.

17          Is that correct, is that the primary substantive

18   difference?

19          **MR. FRIEDMAN:**  I think that's probably right.

20          **THE COURT:**  But if either side has any concerns

21   with me doing the pleas on both simultaneously, please let

22   me know.  I'm willing to do them separately.

23          **MR. FRIEDMAN:**  No concern, I just wasn't sure

24   whether both cases were called at this point.

25          **DEPUTY CLERK:**  I didn't call the cases officially.

1      **THE COURT:**  Oh, you didn't officially call, all

2  right.  Well, we will call both cases, go ahead and do that.

3      **DEPUTY CLERK:**  Your Honor, calling the case of

4  United States vs. Pascale Ferrier, docket number 23-cr-28.

5      **THE COURT:**  So before us now we have both cases,

6  20-cr-202, which is the D.C. case, and 23-cr-28, which is

7  the case that was transferred from the Southern District of

8  Texas.

9      Mr. Ohm, does the defense have any objection with

10  me proceeding in this colloquy on both pleas simultaneously?

11      **MR. OHM:**  No.

12      **THE COURT:**  Ms. Ferrier, are you okay with that as

13  well?

14      **THE DEFENDANT:**  Yes.

15      **THE COURT:**  So I will do that.  If at any point --

16  because there's a lot in here, if you all think I've stated

17  something incorrectly or missed something, please speak up,

18  Mr. Friedman and Mr. Ohm.  And Ms. Ferrier, that goes for

19  you as well.  I know you're very much on top of what's in

20  these plea agreements.  So if I can have you bring

21  Ms. Ferrier up to the podium and have the courtroom deputy

22  swear her in.

23      **DEPUTY CLERK:**  Ms. Ferrier, please raise your

24  right hand.  Do you solemnly swear or affirm that you will

25  well and truly answer all questions propounded to you by the

1    Court?

2              **THE DEFENDANT:**  Yes, I do.

3              **DEPUTY CLERK:**  Thank you.

4              **THE COURT:**  Ms. Ferrier, I'm going to ask you to

5    keep your voice up and speak into the microphone so that the

6    court reporter can transcribe everything you say.

7              Do you understand that now that you've been placed

8    under oath, you could be prosecuted for perjury, or for

9    making a false statement, if you were to testify falsely

10   today?

11             **THE DEFENDANT:**  Yes.

12             **THE COURT:**  I'm going to ask you a series of

13   questions to make sure that you understand the two pleas

14   that you're entering.  And again, you've heard us talk about

15   there's the two cases, one was transferred from the Southern

16   District of Texas and the other's been here.  I want to make

17   sure you understand your rights, and I want to make sure

18   that this plea is voluntary.  If at any point you don't

19   understand my questions, or if at any point you want time to

20   talk to your attorney, please let me know and I'll give you

21   that time to talk to him privately, all right?

22             **THE DEFENDANT:**  All right.

23             **THE COURT:**  It's very important in a valid plea

24   that you understand each question before you answer.  Do you

25   understand?

1          **THE DEFENDANT:**  I understand.

2          **THE COURT:**  Can you tell me what year you were

3     born, Ms. Ferrier?

4          **THE DEFENDANT:**  I was born in France on May 8th,

5     1967.

6          **THE COURT:**  So you are not a U.S. citizen,

7     correct?

8          **THE DEFENDANT:**  Correct.

9          **THE COURT:**  And you do understand that a

10    conviction for this offense will result in your deportation?

11         **THE DEFENDANT:**  Yes.

12         **THE COURT:**  And I'll cover that in more depth

13    later.  We've been discussing your ability to understand the

14    English language.  You believe you can proceed speaking in

15    English?

16         **THE DEFENDANT:**  No problem.

17         **THE COURT:**  Again, if you have any concerns, speak

18    up.  How far did you go in school, Ms. Ferrier?

19         **THE DEFENDANT:**  I have a French engineering

20    degree.

21         **THE COURT:**  I'm sorry?

22         **THE DEFENDANT:**  I have a French engineering

23    degree.

24         **THE COURT:**  Have you had any medication or any

25    drugs or anything else in the last two days that might make

1    it difficult for you to follow these proceedings?

2               THE DEFENDANT:  No, I haven't.

3               THE COURT:  Is there any other reason it might

4    make it difficult for you to follow these proceedings?

5               THE DEFENDANT:  No.

6               THE COURT:  Have you received copies of the

7    indictments in both cases which contain the written charges

8    against you?

9               THE DEFENDANT:  Yes, I did.

10              THE COURT:  And you read those?

11              THE DEFENDANT:  Yes.

12              THE COURT:  You understand them?

13              THE DEFENDANT:  Yes.

14              THE COURT:  Does counsel for either side doubt

15   Ms. Ferrier's competence to enter guilty pleas at this time,

16   Mr. Ohm?

17              MR. OHM:  No, Your Honor.

18              THE COURT:  Mr. Friedman?

19              MR. FRIEDMAN:  No.

20              THE COURT:  Based on her responses to my questions

21   and counsel's representations, I do find that Ms. Ferrier's

22   fully competent and capable of entering an informed plea.

23              So, Ms. Ferrier, I understand that instead of

24   going to trial, you wish to plead guilty to one count of the

25   offense of prohibitions with respect to biological weapons

1    in violation of Title 18, United States Code section 175(a)

2    in the case filed here in the District for the District of

3    Columbia.  And you also wish to plead guilty to eight counts

4    of the offense of prohibitions with respect to biological

5    weapons in violation, again, of Title 18, United States Code

6    section 175(a) in the Texas case.  Again, that is case

7    23-cr-28 which was transferred here from the Southern

8    District of Texas; is that correct?

9              THE DEFENDANT:  Yes, but I want to specify that I

10   took my time to sign these plea agreements, because plea

11   agreements are generally designed to be unfair and

12   iniquitous, giving the Government pernicious advantages

13   while defendants have to waive a bunch of their fundamental

14   rights.  However, for my case, I analyzed and weighed all

15   possible options.  These plea agreements are not the best,

16   but the least deleterious designed by the criminal injustice

17   system.

18             THE COURT:  I had a hard time understanding that

19   last sentence, I'm sorry, Ms. Ferrier.

20             THE DEFENDANT:  The last sentence?

21             THE COURT:  Yes.

22             THE DEFENDANT:  However, for my case, I analyzed

23   and weighed all possible options.  These plea agreements are

24   not the best, but the least deleterious designed by the

25   criminal injustice system.

1      **THE COURT:**  These plea agreements are not the
2   best, but they are what?
3      **THE DEFENDANT:**  The least deleterious.
4      **THE COURT:**  The least what?
5      **THE DEFENDANT:**  Deleterious.
6      **THE COURT:**  Understood.  Do you have any
7   hesitation, as you stand here now, in proceeding with these
8   pleas of guilty?
9      **THE DEFENDANT:**  Yes.
10      **THE COURT:**  You do have hesitation?
11      **THE DEFENDANT:**  No, no, no.
12      **THE COURT:**  You don't?
13      **THE DEFENDANT:**  No, I don't.
14      **THE COURT:**  Okay.  And you've carefully analyzed
15   them and you've talked them through with your attorney in
16   this case?
17      **THE DEFENDANT:**  Yes.
18      **THE COURT:**  Before we proceed, let me ask
19   Mr. Friedman, do the pleas to these various counts represent
20   the most lenient plea offer made to Ms. Ferrier to date?
21      **MR. FRIEDMAN:**  It's a little hard to respond.  We
22   had different discussions with Mr. Ohm and Ms. Ferrier, but
23   I do think it's accurate to characterize the plea agreements
24   that way, yes.
25      **THE COURT:**  That these two plea agreements are, in

1    your view, the most lenient that the Government's offered to

2    date?

3                 **MR. FRIEDMAN:**  That we have extended, yes.

4                 **THE COURT:**  To her.  Do you agree, Mr. Ohm?

5                 **MR. OHM:**  Just so it doesn't seem like we're

6    hiding the ball, the Government initially offered a range,

7    and I believe we countered with this plea.

8                 **THE COURT:**  So you suggested this plea?

9                 **MR. OHM:**  Yes, Your Honor.

10                 **THE COURT:**  And Ms. Ferrier -- what's the proper

11    pronunciation?  I know you've told me before, but I've

12    forgotten.

13                 **THE DEFENDANT:**  Ferrier.

14                 **THE COURT:**  Ferrier?

15                 **THE DEFENDANT:**  Yes.

16                 **THE COURT:**  Is that close enough?

17                 **THE DEFENDANT:**  Yes.

18                 **THE COURT:**  All right.  Do I have the original

19    plea agreements?  Who has -- does someone have the

20    originals?

21                 **MR. FRIEDMAN:**  I believe they were signed at

22    different times and transmitted electronically.

23                 **THE COURT:**  Does somebody have -- because I've

24    written on my copy.  Does someone here have -- typically you

25    all bring a copy, and I didn't expect the one I printed off

1    my computer to be the official plea agreements.

2              **MR. FRIEDMAN:**  I did print both of the plea

3    agreements and statements of offense.

4              **THE COURT:**  Well, is that okay, Mr. Ohm?

5              **MR. OHM:**  Sure.  I have a copy, too.

6              **THE COURT:**  Well, I'm going to hold up what is my

7    copy of -- first I'll start with the D.C. plea agreement in

8    case 20-202.  I'm going to turn to the last page, which is

9    page 15, and hold this up, Ms. Ferrier.

10             Is that your signature that appears on the last

11   page, page 15?

12             **THE DEFENDANT:**  Yes, it is.

13             **THE COURT:**  And did you read this document before

14   signing it?

15             **THE DEFENDANT:**  A lot of times.

16             **THE COURT:**  A lot of times, all right.  You

17   discussed it with your lawyer as well?

18             **THE DEFENDANT:**  A lot of times also.

19             **THE COURT:**  And I want to do the same thing with

20   the Texas agreement.  So turning to the last page of that,

21   that's page 17.  I'm going to hold it up.  Is that your

22   signature on that agreement?

23             **THE DEFENDANT:**  Yes.

24             **THE COURT:**  You also read that lots of time as

25   well?

1    **THE DEFENDANT:**  Yes, I noted or saw the difference

2    about that the Government keep the right to appeal the

3    sentencing.

4    **THE COURT:**  There's not much difference except for

5    the United States keeping the right to appeal my sentence?

6    **THE DEFENDANT:**  Which is not very fair.

7    **THE COURT:**  Fair enough, okay.  So you've

8    discussed both of these with Mr. Ohm and you understand

9    them, correct?

10   **THE DEFENDANT:**  Yes.

11   **THE COURT:**  These are the agreements you wish to

12   enter?

13   **THE DEFENDANT:**  Yes.

14   **THE COURT:**  Now, attached to the plea agreement in

15   the D.C. case is a document called the statement of fact --

16   statement of offense, rather.  And in it, there are various

17   facts that the Government could prove beyond a reasonable

18   doubt if this case went to trial.  And again, I'm going to

19   ask you to look at page five of this document.  Tell me, is

20   that your signature?

21   **THE DEFENDANT:**  Yes.

22   **THE COURT:**  And you also read this document in

23   full?

24   **THE DEFENDANT:**  Yes.

25   **THE COURT:**  Do you agree that what is stated here

1    in the statement of facts in the D.C. case, 20-202, is true

2    and actually what occurred in this case?

3                **THE DEFENDANT:**  Yes.

4                **THE COURT:**  Mr. Friedman, if I could have you

5    summarize the facts that support the elements of the

6    offenses to which Ms. Ferrier is pleading guilty to today.

7                **MR. FRIEDMAN:**  Yes, Your Honor.

8                **THE COURT:**  And if you could just be sure to speak

9    into the microphone.

10               **MR. FRIEDMAN:**  The defendant is a 55-year-old

11   citizen of Canada and France.  On March 12th, 2019, she was

12   placed under arrest by law enforcement officers in Mission,

13   Texas for violating a city ordinance.  Law enforcement

14   seized a loaded firearm and a false identification document

15   from the defendant's person during the arrest.  The

16   defendant was detained in the state of Texas pending

17   criminal charges and pursuant to an immigration detainer for

18   approximately the next two months.

19               The defendant was held at three detention

20   facilities in Texas:  The Hidalgo County Adult Detention

21   Center, the Brooks County Detention Center and the El Valle

22   Detention Facility.  The defendant was released from custody

23   on or around May 24th, 2019 after the criminal charges were

24   dismissed and authorities determined that the immigration

25   detainer was no longer justified.  The defendant

1    subsequently returned to Canada.

2         The defendant resided in Quebec, Canada in

3    September 2020.  The defendant had prepared and kept in her

4    residence a handwritten list of eight individuals that she

5    believed to be connected to her detention in the state of

6    Texas in 2019, along with addresses connected to those

7    individuals.  The list of names and addresses included the

8    chief of police of the Mission Police Department; three law

9    enforcement officers associated with the Hidalgo County

10   Adult Detention Center; the sheriff of Hidalgo County; the

11   warden of the Brooks County Detention Center; the sheriff of

12   Brooks County; and the deputy warden of the El Valle

13   Detention Facility.  The defendant's handwritten list of

14   names and addresses also included a ninth individual,

15   then-President Donald J. Trump with a listed address at the

16   White House in Washington, D.C.

17        On around September 9th, 2020, the defendant used

18   her social media Twitter account to express that she agreed,

19   quote, with another Twitter user who had proposed that

20   someone should, quote, please shoot Trump in the face.  The

21   defendant's social media posting described then-President

22   Trump as, quote, the ugly tyrant clown, and included, quote,

23   #KillTrump, the hashtag used by the original poster.

24        In around September 2020, the defendant made

25   homemade ricin toxin at her residence in Quebec, Canada

1   using ingredients including castor beans.  Ricin toxin is a
2   deadly poison made from the waste material leftover from
3   processing castor beans.  Ricin can be made in powder form.
4   Ricin causes toxicity by preventing cells, in an exposed
5   individual, from making proteins without which the cells
6   die.  Ricin is a toxin as that term is defined in 18 U.S.C.
7   175(a), and as defined in 18 U.S.C. 178(2).

8           In early September 2020, the defendant wrote and
9   addressed by hand a letter to each of the nine individuals
10  identified in paragraphs three and four above, the eight
11  individuals that the defendant believed were connected to
12  her detention in the state of Texas in 2019, and
13  then-President Trump.  Each letter referred to a special
14  gift for the recipient, which was described as being in this
15  letter.  Each letter stated that:  If it doesn't work, I
16  will find a better recipe for another poison.  Each letter,
17  with the exception of the one addressed to the deputy warden
18  of the El Valle Detention Facility, added:  Or I might use
19  my gun when I'll be able to come.  Each letter accused the
20  intended recipient of either being an ugly tyrant clown,
21  Trump; responsible for tyrants under their command, Mission
22  police chief, Brooks County sheriff, warden of Brooks County
23  Detention Center, Hidalgo County sheriff; a member of a gang
24  of tyrants; or of being a part of a dictatorship system.
25  Each letter ended with:  Enjoy.

1    The letter addressed to then-President Trump

2  additionally stated:  You ruined USA and lead them to

3  discover.  I have U.S. cousins.  Then I don't want the next

4  four years with you as president.  Give up and remove your

5  application for this election.  The defendant placed

6  homemade ricin toxin powder and the handwritten letter in

7  each of the envelopes.  The defendant placed a stamp on each

8  envelope, and addressed each envelope according to the

9  addresses on the handwritten list.  The defendant mailed

10  each envelope from Quebec, Canada to the United States.

11    The nine envelopes were received and opened from

12  around September 14th through 21st, 2020 in the state of

13  Texas and in Washington, D.C.  On September 18th, 2020, the

14  United States Secret Service notified the Federal Bureau of

15  Investigation of the letter addressed to the White House.

16  Special weapons of mass destruction coordinators and

17  hazardous material experts were required to deploy to

18  various locations where the letters were received due to the

19  presence of the ricin toxin powder in the envelopes.  After

20  investigation, the letters were sent to a special facility

21  in the state of Maryland for safety and for further testing.

22    On September 20th, 2020, the defendant drove a car

23  from Canada to the Peace Bridge border crossing in Buffalo,

24  New York.  When asked by border officials whether she was

25  okay, the defendant replied that she was wanted by the FBI

1      for the ricin letters.  The defendant was in possession of a

2      loaded firearm, hundreds of rounds of ammunition, two

3      knives, a stun gun, pepper spray, a truncheon and a false

4      identification document.

5              **THE COURT:**  Thank you, Mr. Friedman.

6              Ms. Ferrier, do you agree that the facts that

7      Mr. Friedman, the prosecutor, stated are true?

8              **THE DEFENDANT:**  Yes.

9              **THE COURT:**  Mr. Friedman, if I could ask you to

10     summarize the elements of the charges.

11             **MR. FRIEDMAN:**  So each of the charges that the

12     defendant will be pleading guilty to is a violation of 18

13     U.S.C. 175(a), which prescribes the knowing development,

14     production, stockpile, transfer, acquisition, retention or

15     possession of any biological agent, toxin or delivery system

16     for use as a weapon.  And it prescribes criminal penalties

17     and extraterritorial federal jurisdiction for an offense

18     under this section.

19             **THE COURT:**  So the intent is knowing?

20             **MR. FRIEDMAN:**  Correct.

21             **THE COURT:**  Do you agree with that, Mr. Ohm?

22             **MR. OHM:**  Yes, Your Honor.

23             **THE COURT:**  Ms. Ferrier, do you understand the

24     charges against you?

25             **THE DEFENDANT:**  Yes.

1    **THE COURT:**  You understand that pursuant to these

2    plea agreements, the Government has agreed that the D.C.

3    U.S. Attorney's Office and the United States Attorney's

4    Office for the Southern District of Texas will not

5    criminally prosecute you further for the conduct that's set

6    forth in the statement of offense.

7    Do you understand that?

8    **THE DEFENDANT:**  Yes.

9    **THE COURT:**  And that commitment just binds those

10   offices only?

11   **THE DEFENDANT:**  Yes.

12   **THE COURT:**  I'm now going to go over the

13   specific -- some of the specific terms of the plea

14   agreement, Ms. Ferrier.  I'm not going to mention every

15   single term, but you need to understand that so long as a

16   term is in the agreement, you're bound by it, even if I

17   don't mention it.

18   Do you understand?

19   **THE DEFENDANT:**  Yes.

20   **THE COURT:**  The offenses that you're pleading

21   guilty to, prohibitions with respect to biological weapons,

22   carry a maximum sentence of life imprisonment; a maximum

23   fine of $250,000; a maximum term of supervised release,

24   after any period of incarceration, of life; mandatory

25   restitution; and obligation to pay any applicable interest

1  or penalties on fines or restitution not timely made.

2       Do you understand?

3       **THE DEFENDANT:**  Yes.

4       **THE COURT:**  Do you understand that you're also

5  agreeing to pay a special assessment of $100 per felony

6  conviction to the clerk of the two courts, D.C. and the

7  Southern District of Texas?

8       **THE DEFENDANT:**  Yes.

9       **THE COURT:**  Actually, that's just here now, right?

10       **MR. FRIEDMAN:**  Yes.

11       **THE COURT:**  Just all counts to this clerk of

12  court.  Do you understand that?

13       **THE DEFENDANT:**  Yes.

14       **THE COURT:**  And you understand that the Court can

15  impose a fine that's sufficient to pay the federal

16  government for the cost of any imprisonment or supervision?

17       **THE DEFENDANT:**  I understand.

18       **THE COURT:**  Restitution, is that an issue here,

19  Mr. Friedman?

20       **MR. FRIEDMAN:**  No.

21       **THE COURT:**  Do you understand, Ms. Ferrier, that

22  if you are sentenced to a term of imprisonment, you could be

23  subject to a period of supervised release following your

24  term of imprisonment?

25       **THE DEFENDANT:**  Yes.

1          **THE COURT:**  And do you understand that that means

2     that if you're sent to prison, then upon your release you

3     will be on supervision subject to certain conditions and

4     certain rules with which you must comply.  And if you fail

5     to comply, you could be sent back to prison to serve an

6     additional amount of time for failing to comply with those

7     conditions and rules.

8          Do you understand?

9          **THE DEFENDANT:**  I understand.

10         **THE COURT:**  And that additional amount of time, at

11    least according to the Southern District of Texas' plea

12    agreement, is up to five years additional imprisonment.

13         Do you understand that?

14         **THE DEFENDANT:**  Yes.

15         **THE COURT:**  And do you understand that parole has

16    been abolished for federal charges in the United States?

17         **THE DEFENDANT:**  Yes, since 1987 I believe.

18         **THE COURT:**  I think earlier.  I think '84 or '87,

19    I'm not sure, but it's abolished.  And that means that if

20    you're sentenced to a term of imprisonment, you'll serve the

21    sentence I impose less a possible small reduction of

22    approximately 54 days per year for what's called good time

23    credit if you behave well in prison.

24         Do you understand that?

25         **THE DEFENDANT:**  Yes.

1      **THE COURT:**  Also, as part of your plea agreement,

2   you have consented to forfeit items to the U.S. Government

3   that were seized from your person and vehicle by law

4   enforcement on or about September 20th of 2020, including a

5   Kel-Tec firearm, ammunition, two knives, a stun gun, pepper

6   spray and a false identification document, among other

7   things.

8      Do you understand that?

9      **THE DEFENDANT:**  Yes.

10     **THE COURT:**  And you've also consented to forfeit

11  castor beans, ammunition, acetone and sodium hydroxide from

12  your residence.

13     Do you understand?

14     **THE DEFENDANT:**  Yes.

15     **THE COURT:**  And this plea agreement, this is what

16  they call a (c)(1)(C), a plea agreement entered pursuant to

17  Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure.

18  Pursuant to this agreement, the Government and you, the

19  defense, have agreed that a sentence of 262 months -- which

20  is, I think, 21.8 years, is appropriate in this case; is

21  that correct?

22     **THE DEFENDANT:**  Yes.

23     **THE COURT:**  Do you understand that this agreement

24  that you've entered into with the United States affects only

25  the term of incarceration, and it does not affect the term

1    of release or the fine the Court could impose?

2            **THE DEFENDANT:**  Yes.

3            **THE COURT:**  Do you understand that this agreement

4    that you've entered is not binding on the Court?

5            **THE DEFENDANT:**  I understand.

6            **THE COURT:**  And has anyone promised you that I

7    will accept this recommended sentence?

8            **THE DEFENDANT:**  I understand.

9            **THE COURT:**  Has anyone promised you that I will

10   accept --

11           **THE DEFENDANT:**  No, nobody, sorry.

12           **THE COURT:**  Do you understand that I can accept

13   the plea agreement now or I could reject the plea agreement

14   now or I could defer a decision on whether or not to accept

15   the plea agreement until after I have reviewed the

16   presentence report?

17           **THE DEFENDANT:**  Yes.

18           **THE COURT:**  And do you understand -- as I think

19   I've said at an earlier hearing, that I will defer any

20   decision on whether I accept the plea agreement until after

21   I've reviewed the presentence report?

22           **THE DEFENDANT:**  I understand.  That's also another

23   thing that's a little unfair, because the judge can accept

24   after, but the defendant has to accept the plea before.

25           **THE COURT:**  Well, you do understand that you all

1    know a lot more about this case than I do at this point.  Do

2    you understand that?

3              **THE DEFENDANT:**  Yes.

4              **THE COURT:**  So I know very little of what the

5    discovery shows in this case.  But once a presentence report

6    is prepared, I will have a summary of the facts.  I know

7    what's been stated in the statement of offense.  I know

8    nothing about your background.  I will learn a lot of

9    information in that presentence report.  And at that time, I

10   will be able to make a knowing decision about whether I

11   think this is an appropriate sentence in this case.  And

12   right now, I simply don't think I can do that based on the

13   limited facts that I know.

14             Do you understand?

15             **THE DEFENDANT:**  Yes.

16             **THE COURT:**  I want you to understand that if I

17   decide to reject this plea agreement, there are a couple of

18   things that could flow from that and I want to make sure

19   that you understand.  First, the Government would then have

20   the option to withdraw from the plea agreement and not be

21   bound by anything in the plea agreement.

22             Do you understand that?

23             **THE DEFENDANT:**  Yes.

24             **THE COURT:**  Second, if I reject the plea

25   agreement, you also will have the opportunity to withdraw

1    your guilty plea or keep it.

2              Do you understand that?

3         **THE DEFENDANT:**  I understand.

4         **THE COURT:**  And if you decide to withdraw your

5    guilty plea and go to trial, do you understand that if you

6    were ultimately found guilty, the final sentence imposed in

7    the case would be up to me?

8         **THE DEFENDANT:**  Yes.

9         **THE COURT:**  And I wouldn't be bound by the

10   recommendation in this plea agreement at that time?

11        **THE DEFENDANT:**  Yes.

12        **THE COURT:**  Do you also understand that if you

13   make the decision -- if I reject the plea agreement and you

14   decide to keep the plea and go forward, do you understand

15   that your sentence will be within the discretion of the

16   Court?

17        **THE DEFENDANT:**  I understand.

18        **THE COURT:**  And that the sentence could be greater

19   than the 21.8 years, or the 262 months, that you've agreed

20   to with the Government?

21        **THE DEFENDANT:**  I understand.

22        **THE COURT:**  And in that case, the sentencing

23   guidelines would apply -- they do anyway, but the sentencing

24   guidelines would apply in that case as well.  So I want to

25   review those with you now, the guidelines as set forth in

1    the plea agreement, all right.  But to be clear, I'm not

2    consenting now to the terms of this plea agreement.

3              Do you understand that the offenses to which

4    you're pleading guilty to are subject to the U.S. sentencing

5    guidelines?

6              THE DEFENDANT:  Yes.

7              THE COURT:  And I take it that you've discussed

8    with Mr. Ohm how they might apply in this case?

9              THE DEFENDANT:  Yes.

10             THE COURT:  Mr. Ohm and the Government attorney

11   have stated in the plea agreement what they estimate your

12   guidelines sentence -- your guidelines sentencing range to

13   be.  You've discussed this with Mr. Ohm?

14             THE DEFENDANT:  Yes.

15             THE COURT:  So pages three through eight of the

16   plea agreement you've entered into for the District of

17   Columbia case explain how the guidelines might apply in this

18   case.  Specifically, the parties have agreed that the base

19   offense level for unlawful activity involving toxins is a

20   level 28.  The parties have agreed that three enhancements

21   apply based on the characteristics of this offense:  First,

22   a two-level enhancement for use of toxin; second, a

23   three-level enhancement for official victim; and third, a

24   five-level enhancement for more than five units.

25             Do you understand that?

1      **THE DEFENDANT:**  Yes.

2      **THE COURT:**  Do you also understand that the

3  Government does agree that you would be entitled to up to a

4  three-level reduction for acceptance of responsibility?

5      **THE DEFENDANT:**  Yes.

6      **THE COURT:**  However, the parties do not agree on

7  two additional enhancements:  The first being a four-level

8  enhancement for substantial disruption; and second, a

9  12-level enhancement for the federal crime of terrorism.

10      Do you understand that?

11      **THE DEFENDANT:**  Yes.

12      **THE COURT:**  So based on these estimates, your

13  guideline offense level could be -- according to these

14  estimates at least, at least a level 35 and as high as a

15  level 43, which is the very top of the guideline sentencing

16  chart down here.

17      **THE DEFENDANT:**  Yes, I have a copy of this table.

18      **THE COURT:**  You're familiar with it?

19      **THE DEFENDANT:**  Yes.

20      **THE COURT:**  So at the maximum, level 43, your

21  criminal history would go up to a level six based on the

22  terrorism enhancement.  And so if that were the guideline

23  range, then your guideline range would be life.  If,

24  however, the 38 --

25      **THE DEFENDANT:**  The 35.

1          **THE COURT:**  I'm sorry, 38 minus three for

2     acceptance, the 35, you're right, would be a guideline range

3     of 168 to 210 months in prison assuming you have no criminal

4     history.

5          Do you understand that?

6          **THE DEFENDANT:**  Yes.  And to be sure, this range

7     is under the proposition of the plea agreement.

8          **THE COURT:**  I'm sorry?

9          **THE DEFENDANT:**  I said this range for level 35 is

10    under -- is below the proposed sentence.

11         **THE COURT:**  I see, okay.  But you understand that

12    I'm not going to know what your guideline range is until

13    after I've had a chance to review the presentence report?

14         **THE DEFENDANT:**  Yes, I know.

15         **THE COURT:**  Okay.  Your estimated fine range would

16    be $40,000 to $400,000, assuming a guideline level 35.  But

17    at a guideline level of 38 or above, it would be $50,000 to

18    $500,000.

19         Do you understand that?

20         **THE DEFENDANT:**  Yes.

21         **THE COURT:**  And my understanding is that neither

22    party will seek any departure from the guideline range set

23    forth in the agreement, correct?

24         **THE DEFENDANT:**  Yes.

25         **THE COURT:**  And you do understand that the

1    sentence I decide to impose could be different from any

2    estimate that your attorney or the Government thinks it

3    might be?

4              THE DEFENDANT:  Yes.

5              THE COURT:  And do you understand that after this

6    hearing, there will be -- you'll have an opportunity to be

7    interviewed by the probation office officer who will prepare

8    the presentence report for the Court?

9              THE DEFENDANT:  Yes.

10             THE COURT:  And you'll have an opportunity to have

11   Mr. Ohm present if you wish?

12             THE DEFENDANT:  Yes, I know.

13             THE COURT:  And you'll also have the opportunity

14   to challenge the facts that are reported to me by the

15   probation officer.  Do you understand?

16             THE DEFENDANT:  I understand.

17             THE COURT:  And the Government will also have an

18   opportunity to challenge those facts, too.  Do you

19   understand that?

20             THE DEFENDANT:  Yes.

21             THE COURT:  And, again, do you understand that if

22   I were to reject your plea agreement and you elect to go

23   forward with the plea and the government elects to go

24   forward with the plea agreement, the sentencing range is

25   where I must start in determining your sentence, but I don't

1    have to end there because the guidelines are not binding on

2    me?

3             **THE DEFENDANT:**  I understand.

4             **THE COURT:**  You understand that in determining the

5    appropriate sentence in that scenario, my obligation will be

6    to calculate the correct guideline range, consider any

7    possible departures under the guidelines, and consider other

8    sentencing factors under Title 18, United States Code

9    section 3553(a)?

10            **THE DEFENDANT:**  I understand.

11            **THE COURT:**  And do you understand that I can

12   sentence you anywhere within the guideline range that I find

13   or above the range or below the range, but I can never

14   sentence you higher than the statutory maximum, which is in

15   this case life imprisonment?

16            **THE DEFENDANT:**  I understand.

17            **THE COURT:**  The plea agreements also specify

18   certain rights to appeal that you're giving up today by

19   pleading guilty.  Do you understand that under the plea

20   agreements, you are giving up all your rights to appeal your

21   convictions of guilt in these cases, except to the extent

22   your appeal is based on ineffective assistance of counsel?

23            **THE DEFENDANT:**  I understand.

24            **THE COURT:**  Do you understand that under the plea

25   agreement, you're also giving up your right to directly

1    appeal the sentence imposed except to the extent that your

2    appeal is based, again, on ineffective assistance of counsel

3    or the Court sentences you above the guideline range that

4    the Court determines?

5            **THE DEFENDANT:**  I understand, but it was the part

6    I struggled to accept.

7            **THE COURT:**  That was the part you struggled to

8    accept?

9            **THE DEFENDANT:**  Yes.

10           **THE COURT:**  I understand.  But just to repeat, you

11   do understand that if the Court -- I am in the position of

12   calculating the guideline range, I'm not bound by the

13   guidelines?

14           **THE DEFENDANT:**  I understand.

15           **THE COURT:**  I'm not bound by the parties'

16   recommendations?

17           **THE DEFENDANT:**  I understand.

18           **THE COURT:**  And I can sentence you anywhere up to

19   life imprisonment for this offense?

20           **THE DEFENDANT:**  I understand.

21           **THE COURT:**  Do you also understand that under the

22   plea agreements, you're giving up your right to collaterally

23   attack either the conviction entered or the sentence imposed

24   except to the extent your attack is based, again, on a claim

25   of ineffective assistance of counsel or on newly discovered

1    evidence?

2             **THE DEFENDANT:**  I understand.

3             **THE COURT:**  And, again, as we've discussed, under

4    circumstances detailed in the Southern District of Texas

5    plea agreement, the Government may have the right to appeal

6    the sentence that I impose in this matter?

7             **THE DEFENDANT:**  Yes, I understand.

8             **THE COURT:**  Do the parties agree I've correctly

9    stated the substance of the two plea agreements,

10   Mr. Friedman?

11            **MR. FRIEDMAN:**  Yes, but it may be appropriate to

12   also do the waiver of the trial.

13            **THE COURT:**  I'm going to go through all that, but

14   just the other stuff?

15            **MR. FRIEDMAN:**  Yes.

16            **THE COURT:**  Mr. Ohm?

17            **MR. OHM:**  Yes, Your Honor.

18            **THE COURT:**  And I agree it's definitely

19   appropriate to do that, but I appreciate your diplomacy.

20            Ms. Ferrier, is what I've stated here what you've

21   agreed to?

22            **THE DEFENDANT:**  Yes, I agree.  I agree, but by the

23   way, also you didn't specify that in the plea agreement we

24   agreed to -- that the 262 months for both plea agreements

25   would be run concurrently.

1      **THE COURT:**  Concurrently, yes, thank you.  I can

2   tell you've studied these carefully.  I should have

3   mentioned that as well.  According to the parties'

4   recommendation, the recommendation of, what is it, 262

5   months would run concurrently in the two cases, they would

6   not be on top of each other, you're correct.

7      **THE DEFENDANT:**  Yes.

8      **THE COURT:**  Thank you for that.  So no one's

9   promised you the sentence I will give you?

10      **THE DEFENDANT:**  No.

11      **THE COURT:**  And has anyone made any promises to

12   you, other than the ones that are reflected in the plea

13   agreement, in order to get you to plead guilty?

14      **THE DEFENDANT:**  Nobody.

15      **THE COURT:**  Do you have any confusion or questions

16   about the agreements at this point that you'd like to ask

17   either me or your lawyer about?

18      **THE DEFENDANT:**  None.  If you reject the plea and

19   I'm entering my plea, is it about only the sentence or also

20   the charges?

21      **THE COURT:**  Well, I would accept -- assuming we

22   get through this plea colloquy, I would accept -- if you

23   wanted to keep the plea to the charges, I would accept your

24   plea to the charges, but I wouldn't be bound by the

25   sentencing recommendation.

1        Does that make sense?

2        **THE DEFENDANT:**  Yes.

3        **THE COURT:**  But, again, if I decide to reject this

4    plea agreement, Ms. Ferrier, we'll go again through your

5    options, all right.  I know this is a lot to think of

6    hypothetically at this point, but you will have the option

7    if I decide not to accept this plea agreement to consider

8    whether to rip this up completely or proceed and let the

9    Court have the discretion to sentence you differently than

10   the plea agreement provides, all right?

11       **THE DEFENDANT:**  I understand.

12       **THE COURT:**  You'll have time to think about that.

13       **THE DEFENDANT:**  Yes, because I like to be

14   proactive, that's why.

15       **THE COURT:**  Okay, understood.  So as the

16   Government attorney pointed out, in addition to the rights

17   to appeal that we've discussed, you will also be giving up

18   other rights by agreeing to plead guilty to these charges

19   today and I want to go through those with you as well.

20       As part of the plea agreement, first you have

21   agreed to the entry of a stipulated judicial order of

22   removal pursuant to Title VIII, United States Code section

23   1228(c)(5).  And that means that you are consenting to this

24   Court entering at the time of sentence an order of removal

25   by this Court, and to the immediate execution of such an

1    order.

2              Do you understand that?

3              **THE DEFENDANT:**  Yes.

4              **THE COURT:**  Now, Mr. Friedman, the plea agreement

5    might have said that she consents to this upon the

6    completion of the sentence; is that right?

7              **MR. FRIEDMAN:**  I believe that the removal would

8    occur after the completion of the sentence.

9              **THE COURT:**  I see, okay.

10             **MR. FRIEDMAN:**  The order of removal would be

11   issued.

12             **THE COURT:**  Do you understand that?

13             **THE DEFENDANT:**  Yes.

14             **THE COURT:**  As part of the plea agreement, you

15   also are agreeing to waive your right to notice and hearing

16   prior to the entry of an order of removal; is that correct?

17             **THE DEFENDANT:**  I understand.

18             **THE COURT:**  Also, you're agreeing to waive your

19   right to appeal or otherwise challenge the stipulated order

20   of removal, correct?

21             **THE DEFENDANT:**  Yes.

22             **THE COURT:**  And you do understand that by entering

23   this plea, you're agreeing to waive your rights to seek any

24   and all forms of relief or protection from removal,

25   deportation or exclusion under the Immigration and

1   Nationality Act?

2           **THE DEFENDANT:**  I understand.

3           **THE COURT:**  Also, do you agree that you're not --

4   do you understand that you're not required to plead guilty,

5   and that you have a right to go to trial on the charges

6   contained in the indictments?

7           **THE DEFENDANT:**  I understand.

8           **THE COURT:**  And do you understand that if you went

9   to trial, the Government would have to prove you guilty

10  beyond a reasonable doubt, and the Government would have to

11  convince 12 jurors to unanimously convict you?

12          **THE DEFENDANT:**  I understand.

13          **THE COURT:**  Do you understand that you'd have a

14  right to have your lawyer present with you throughout the

15  trial and at every other stage of the proceeding?

16          **THE DEFENDANT:**  Yes.

17          **THE COURT:**  And you have the right to

18  court-appointed counsel, you understand that?

19          **THE DEFENDANT:**  Yes.

20          **THE COURT:**  And you understand that your lawyer

21  can make motions, he could challenge any searches or

22  seizures, he could move to suppress statements or evidence?

23          **THE DEFENDANT:**  I understand.

24          **THE COURT:**  You understand your lawyer could also

25  make objections during a trial, and he could cross-examine

1  all of the Government's witnesses?

2        **THE DEFENDANT:**  I understand.

3        **THE COURT:**  You understand you'd also have the

4  right to present a defense and put on evidence, including

5  your own witnesses whom you could subpoena and require to

6  testify on your behalf if you wished.  But you would not be

7  required to put on any evidence at all because you would be

8  presumed innocent.

9        Do you understand that?

10       **THE DEFENDANT:**  I understand.

11       **THE COURT:**  You could also testify at your trial

12  if you chose to do so.  But no one could force you to

13  testify, because you would have an absolute right to remain

14  silent at your trial, and I would instruct a jury that they

15  could not hold that against you.

16       Do you understand?

17       **THE DEFENDANT:**  Yes.

18       **THE COURT:**  Do you understand that unless and

19  until I accept your guilty plea, the law presumes that you

20  are innocent; because it is the Government's burden to prove

21  your guilt beyond a reasonable doubt, and until it does you

22  cannot be convicted at trial?

23       **THE DEFENDANT:**  I understand.

24       **THE COURT:**  Do you understand that if you were

25  found guilty at a trial, you would have the right to appeal;

1    and that if you could not afford a lawyer on your appeal, a

2    lawyer would be appointed to represent you?

3            **THE DEFENDANT:** I understand.

4            **THE COURT:** And do you understand that if you

5    plead guilty, you will waive your right to a trial,

6    including all the rights that I've just discussed, and there

7    will be no trial?

8            **THE DEFENDANT:** Yes.

9            **THE COURT:** One last document I'm showing you,

10   which is this is the waiver of trial by jury.

11           Do you recognize that?

12           **THE DEFENDANT:** Yes.

13           **THE COURT:** And you've signed this document?

14           **THE DEFENDANT:** Yes.

15           **THE COURT:** Now, you signed this document at a

16   time we had only the D.C. case, 20-202, before the Court.

17   But we now have the Texas case before it as well, you

18   understand?

19           **THE DEFENDANT:** Yes.

20           **THE COURT:** And I'm wondering, are you also

21   consenting to waive your right to trial by jury in that

22   case, 23-cr-28, as well as the D.C. case?

23           **THE DEFENDANT:** Yes.

24           **THE COURT:** Do you all want to add the other case

25   number to this document, just for the record?

1      **MR. OHM:**  Sure.

2          **THE DEFENDANT:**  Anyway, the transfer is not -- is

3  only applicable on the plea and sentencing, not for a trial.

4          **THE COURT:**  No, if the trial were to be here, it

5  would be applicable for the trial as well.  Do you want time

6  to -- I mean, my understanding is this case is transferred.

7  I guess it could be transferred back.  But this case is

8  before me now.

9          **MR. FRIEDMAN:**  Right, it is before you.  I think

10  that under the rule, if the plea were to be withdrawn or for

11  whatever reason not go forward, the case would return to

12  Texas for trial.

13          **THE COURT:**  Oh, it would?

14          **MR. FRIEDMAN:**  I believe so.

15          **THE COURT:**  Okay.  So what do you all suggest in

16  terms of the waiver of trial by jury for the plea?

17          **MR. FRIEDMAN:**  I think the form can have both case

18  numbers.

19          **MR. OHM:**  That's fine.

20          **THE COURT:**  Let's go ahead and --

21          **DEPUTY CLERK:**  Should I print another one out,

22  Your Honor, with both of them on it?

23          **THE COURT:**  No, I think it's okay so long as she

24  acknowledges on the record.  You can initial the addition of

25  the case number.

1          So Ms. Ferrier, you are demonstrating again and

2     again that you are very informed about what you're doing

3     here today.

4          THE DEFENDANT:  I've spent hours in the law

5     library.

6          THE COURT:  You were in the library?

7          THE DEFENDANT:  In the law library I spent hours

8     on the subject.

9          THE COURT:  That's great.  So you're not going to

10    give Mr. Ohm credit for explaining all this that well?

11         MR. OHM:  She's explained more to me, Your Honor.

12         THE COURT:  Okay.  Well, just to make clear, you

13    signed that document, correct, the waiver of trial by jury?

14         THE DEFENDANT:  Yes.

15         THE COURT:  And for purposes of this plea, you're

16    fine waiving that right in both cases, the D.C. case and the

17    Texas case?

18         THE DEFENDANT:  I understand.

19         THE COURT:  And you've had enough time to talk to

20    Mr. Ohm about it?

21         THE DEFENDANT:  Oh, yes.

22         THE COURT:  And research it in the law library?

23         THE DEFENDANT:  And asking a lot of questions and

24    sending a lot of comments to Mr. Ohm.

25         THE COURT:  You don't want any more time, you're

1    confident you want to waive the right --

2              THE DEFENDANT:  It's enough, I need to move on

3    now.

4              THE COURT:  All right.  So on the Texas case, just

5    to cover that, you're waiving any challenge to venue in the

6    District of Columbia?

7              THE DEFENDANT:  Yes.

8              THE COURT:  And that's for the Texas case as well

9    as the D.C. case?

10             THE DEFENDANT:  Yes.

11             THE COURT:  And I see here there's another piece

12   of paper that has your signature on it where you've

13   consented in writing to the transfer of what was case number

14   20-cr-861 in the Southern District of Texas, which has now

15   become 23-cr-28 here in the District of Columbia.  And

16   you've given your consent to the transfer to the District of

17   Columbia for purposes of the plea and the sentencing, if the

18   Court accepts the plea.  And that's pursuant to Rule 20 of

19   the Federal Rules of Criminal Procedure, correct?

20             THE DEFENDANT:  Yes.

21             THE COURT:  And you knowingly and voluntarily

22   waived that right when you signed that document?

23             THE DEFENDANT:  Yes.  By the way, in the D.C. plea

24   for the concurrent sentence, it's written the case number of

25   Texas.

1          THE COURT:  Of Texas?

2          THE DEFENDANT:  Yes.

3          THE COURT:  In the consent to transfer?

4          THE DEFENDANT:  No, in the plea.

5          THE COURT:  Oh, the D.C. plea agreement.  Well, I

6     guess at that time when the agreement was signed, that was

7     the case number.  I think that that's fine for now, it's the

8     same case.  But thank you for pointing that out.

9          THE DEFENDANT:  Just to be sure.

10          THE COURT:  I mean, you all can -- do you want to

11     add the case number, Mr. Friedman, to the plea agreement as

12     well?  Mr. Ferrier pointed out that the plea agreement has

13     the Texas number.

14          MR. FRIEDMAN:  Yes, I think it's clear that that

15     case has now become 23-cr-28 here.

16          THE COURT:  You don't dispute that?

17          THE DEFENDANT:  No, it's okay, it's just for

18     legal --

19          THE COURT:  I appreciate your meticulousness, it's

20     helpful to the Court.  Ms. Ferrier, do you understand that

21     if I accept your plea, you may be deprived of valuable civil

22     rights such as -- well, many of these won't apply to you

23     anyway because you're not an U.S. citizen.  But in an

24     abundance of caution, you may be deprived of the right to

25     vote, the right to hold certain jobs, the right to serve on

1   a jury, and the right to possess any kind of firearm or

2   ammunition depending on various state, local and federal

3   laws.

4            Do you understand that?

5            THE DEFENDANT:  I understand, but it's not

6   applicable.

7            THE COURT:  Fair enough.  Understanding all the

8   rights that you're giving up in agreeing to plead guilty, do

9   you still want to plead guilty in both of these cases?

10            THE DEFENDANT:  Yes.

11            THE COURT:  Do you have any questions about the

12   rights you're giving up or anything else connected with

13   these pleas of guilty?

14            THE DEFENDANT:  No, no.

15            THE COURT:  Have you had enough time to talk with

16   Mr. Ohm, your lawyer, about the charges against you, the

17   plea and the rights you're giving up by pleading guilty?

18            THE DEFENDANT:  I think -- yeah.

19            THE COURT:  Yes?

20            THE DEFENDANT:  Yes.

21            THE COURT:  Are you satisfied with his services as

22   your lawyer in this case?

23            THE DEFENDANT:  Yes.

24            THE COURT:  You didn't have to go to the library

25   because he wasn't capable to answer your questions?

1    **THE DEFENDANT:**  No, but he has a lot -- I have a

2    lot of time, he's very busy.

3    **THE COURT:**  But you're happy --

4    **THE DEFENDANT:**  So I'm saving time.

5    **THE COURT:**  You're happy with the advice he's

6    given you?

7    **THE DEFENDANT:**  I am happy.

8    **THE COURT:**  You didn't find any errors in his

9    advice in the law library?

10   **THE DEFENDANT:**  No.

11   **THE COURT:**  Ms. Ferrier, are you pleading guilty

12   because you are in fact guilty?

13   **THE DEFENDANT:**  Yes.

14   **THE COURT:**  Has anyone forced or threatened you to

15   get you to plead guilty?

16   **THE DEFENDANT:**  No.

17   **THE COURT:**  First let me ask you, how do you plead

18   on the eight counts of prohibitions with respect to

19   biological weapons in violation of Title 18, United States

20   Code section 175(a) in the Southern District of Texas case,

21   case 20-861 that's now 23-28:  Do you plead guilty to those

22   eight counts or not guilty?

23   **THE DEFENDANT:**  Guilty.

24   **THE COURT:**  Mr. Friedman.

25   **MR. FRIEDMAN:**  Just one -- I'm not sure that

1    Ms. Ferrier has been arraigned on those charges.

2              THE COURT:  Oh, okay.

3              MR. FRIEDMAN:  It may be best to just do that

4    briefly as well.

5              THE DEFENDANT:  When I signed the transfer, it's

6    written I realized in the indictment, so it's --

7              THE COURT:  Oh, you did, you think you were

8    arraigned then.  Well, let me make sure.  You were given a

9    copy of the indictment in the Southern District of Texas

10   case?

11             THE DEFENDANT:  Yes.

12             THE COURT:  And you read that?

13             THE DEFENDANT:  Yes.

14             THE COURT:  And for purposes of this plea and the

15   arraignment that may or may not have happened, do you waive

16   formal reading of the indictment?

17             THE DEFENDANT:  Yes.

18             THE COURT:  And at this time, are you prepared to

19   enter a plea to the charges contained in that indictment?

20             THE DEFENDANT:  Yes.

21             THE COURT:  Is that sufficient, Mr. Friedman?

22             MR. FRIEDMAN:  Yes, to counts one through eight of

23   the indictment.

24             THE COURT:  So how do you plead on counts one

25   through eight of that indictment in criminal case 23-cr-28:

1    Guilty or not guilty?

2             THE DEFENDANT:  Guilty.

3             THE COURT:  Now, on the other indictment in case

4    20-cr-202, which is the District of Columbia case that you

5    have been arraigned on already, how do you plead on the

6    count -- the single count, which is count three of the

7    superseding indictment -- which, again, you were arraigned

8    on, correct, Mr. Friedman, we did do the arraignment on the

9    superseding?

10            MR. FRIEDMAN:  Yes.

11            THE COURT:  So how do you plead, Ms. Ferrier, on

12   count three of the superseding indictment charging you with

13   prohibitions with respect to biological weapons in violation

14   of Title 18, United States Code section 175(a):  Guilty or

15   not guilty?

16            THE DEFENDANT:  Guilty.

17            THE COURT:  I'm satisfied that Ms. Ferrier

18   understands her rights and what she is waiving in agreeing

19   to plead guilty.  I find she has entered her plea

20   voluntarily.  I find there's a factual basis for her plea.

21   I therefore accept her plea in both cases, and I find her

22   guilty of the eight counts in the indictment that was

23   initially filed in the United States District Court for the

24   Southern District of Texas, now case 23-cr-28, all of which

25   charge prohibitions with respect to biological weapons in

1    violation of Title 18, United States Code section 175(a).

2    And I also find her guilty of count three of the superseding

3    indictment in case number 20-cr -- have I been saying the

4    wrong case number for D.C.?  The D.C. case number is 20-202.

5    To the extent I've said the 20-cr-861 case previously,

6    that's wrong, that's the Southern District of Texas case

7    number.  But I do find her guilty in case 20-cr-202, the

8    District of Columbia case, of count three of that

9    superseding indictment.

10            Did I state everything, Mr. Friedman?

11           **MR. FRIEDMAN:**  I believe so.

12           **THE COURT:**  Mr. Ohm?

13           **MR. OHM:**  Yes.

14           **THE COURT:**  So as I said, Ms. Ferrier, the next

15   step will be for the probation office to prepare a

16   presentence report for the Court, and you to be interviewed

17   if you wish before that time with Mr. Ohm present.

18            Do you have any questions?

19           **MR. OHM:**  Your Honor, for the presentence report,

20   could the transmission to probation note that we're

21   requesting an in-person presentence interview?  It is a lot

22   easier to communicate with her in-person.

23           **THE COURT:**  Yes, of course, I think so given the

24   gravity of the charges and her ability to communicate and be

25   understood.  So that does need to be an in-person interview.

1      She's in CTF, right?

2              **MR. OHM:**  Yes, Your Honor.

3              **THE COURT:**  So that shouldn't be a problem.

4      Anything else, Mr. Friedman, at this time?

5              **MR. FRIEDMAN:**  No, Your Honor.

6              **THE COURT:**  Mr. Ohm?

7              **MR. FRIEDMAN:**  Other than a date for sentencing.

8              **THE COURT:**  Mr. Ohm?

9              **MR. OHM:**  No, Your Honor.

10             **THE COURT:**  Did you all talk about a potential

11     date?

12             **MR. FRIEDMAN:**  No.

13             **MR. OHM:**  No.

14             **THE COURT:**  Well, let's make sure probation has

15     sufficient time.  What would be 90 days out?

16             **DEPUTY CLERK:**  The middle of April -- actually,

17     the end of April it looks like.

18             **MR. OHM:**  Can we request a Wednesday, Mr. Hopkins?

19             **DEPUTY CLERK:**  Absolutely.

20             **THE COURT:**  You are requesting a Wednesday?

21             **MR. OHM:**  Please.

22             **THE COURT:**  And what's the Wednesday the last week

23     of April?

24             **DEPUTY CLERK:**  The 26th, Your Honor.

25             **THE COURT:**  How does 10:00 a.m. on the 26th of

1  April work?

2  **MR. OHM:**  Well, Your Honor.

3  **MR. FRIEDMAN:**  Yes.

4  **THE COURT:**  As you all both know, there's a ton of

5  trials being set.  If I end up having a conflict for some

6  reason because it's the only date two attorneys can try a

7  case where there's a desire for Speedy Trial, then we'll let

8  you know if we have to move that date.

9  But Ms. Ferrier, there's a lot of trials going on,

10  so that date could have to be moved.  I'll try to protect

11  it, but I can't guarantee that.  So we'll return on the 28th

12  of April at 10:00 a.m. --

13  **DEPUTY CLERK:**  The 26th.

14  **THE COURT:**  The 26th of April at 10:00 a.m.

15  Anything else?

16  **DEPUTY CLERK:**  Yes, sentencing memorandum, Your

17  Honor.

18  **THE COURT:**  Yes, thank you.  Let me ask for

19  sentencing memoranda two weeks prior to that time.  Will

20  that give -- what date do you think the PSR would be

21  completed, the final?

22  **DEPUTY CLERK:**  It usually takes them about 70

23  days, so we're looking at -- it would be around that week,

24  Your Honor.  It would be around the week of the 10th.

25  **THE COURT:**  Of April?

1        **DEPUTY CLERK:**  Yes, that the PSR would be

2 finished.

3        **THE COURT:**  So that's not giving them enough time.

4        **DEPUTY CLERK:**  Should we move the sentencing out

5 further?

6        **THE COURT:**  Do we have anything the first week of

7 May?

8        **DEPUTY CLERK:**  Yes, right now we have trial.

9        **THE COURT:**  The courtroom deputy informs me that

10 the PSR will be available probably around April 10th.  How

11 much time do you all think you need to prepare sentencing

12 memoranda after you receive the PSR?  I know it's hard to

13 know until you know what it says.

14        **MR. FRIEDMAN:**  Maybe the memos could be due the --

15        **THE COURT:**  Normally I do a week ahead of time.

16 I'm just -- you know, if I'm jammed with other things, I may

17 need to, when I get your memos, ask for more time, so just

18 understand that.  So would giving you until the 17th be

19 adequate time?

20        **MR. OHM:**  Yes.

21        **MR. FRIEDMAN:**  Yes.

22        **THE COURT:**  If there's a need to respond to the

23 other side, can you do that by like COB Friday?

24        **MR. OHM:**  Can we do non-COB Friday?

25        **THE COURT:**  Well, how about Friday?

1          **MR. OHM:**  Thank you.

2          **THE COURT:**  A fun Friday night.  I just want the

3     chance to look at it all the weekend before.  And if you all

4     for whatever reason need more time, let me know and we'll

5     push this back into May.

6          Thank you everyone.

7          (Proceedings adjourned at 11:48 a.m.)

1                        **C E R T I F I C A T E**

2

3                I, **Jeff M. Hook, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9        __March 6, 2023__                    _____

10              **DATE**                          **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

$100 [1]   20/5
$250,000 [1]   19/23
$40,000 [1]   28/16
$400,000 [1]   28/16
$50,000 [1]   28/17
$500,000 [1]   28/18

**'**

'84 [1]   21/18
'87 [1]   21/18

**0**

0028 [1]   1/5
0202 [1]   1/4

**1**

10:00 a.m [3]   48/25
 49/12 49/14
10:49 [1]   1/7
10th [2]   49/24
 50/10
11 [1]   22/17
11:48 a.m [1]   51/7
12 [1]   36/11
12-level [1]   27/9
1228 [1]   34/23
12th [1]   14/11
14th [1]   17/12
15 [2]   12/9 12/11
168 [1]   28/3
17 [1]   12/21
175 [7]   9/1 9/6
 16/7 18/13 44/20
 46/14 47/1
178 [1]   16/7
17th [1]   50/18
18 [9]   9/1 9/5 16/6
 16/7 18/12 30/8
 44/19 46/14 47/1
18th [1]   17/13
1967 [1]   7/5
1987 [1]   21/17
1:20-cr-0202 [1]
 1/4
1:23-cr-0028 [1]
 1/5

**2**

20 [3]   3/24 4/8
 41/18
20-202 [4]   12/8
 14/1 38/16 47/4
20-861 [1]   44/21
20-cr [1]   47/3
20-cr-202 [3]   5/6
 46/4 47/7
20-cr-861 [2]   41/14
 47/5
20001 [1]   1/25
20004 [1]   1/18
2019 [4]   14/11
 14/23 15/6 16/12
202 [7]   5/6 12/8
 14/1 38/16 46/4
 47/4 47/7
2020 [8]   5/3 15/17
 15/24 16/8 17/12
 17/13 17/22 22/4

2023 [1]   1/6
20530 [1]   1/15
20th [2]   17/22 22/4
21.8 [2]   22/20
 25/19
210 [1]   28/3
21st [1]   17/12
23-28 [1]   44/21
23-cr-28 [9]   3/2
 5/4 5/6 9/7 38/22
 41/15 42/15 45/25
 46/24
24th [1]   14/23
25 [1]   1/6
262 [4]   22/19 25/19
 32/24 33/4
26th [4]   48/24
 48/25 49/13 49/14
28 [11]   3/2 5/4 5/6
 9/7 26/20 38/22
 41/15 42/15 44/21
 45/25 46/24
28th [1]   49/11

**3**

333 [1]   1/24
35 [5]   27/14 27/25
 28/2 28/9 28/16
3553 [1]   30/9
38 [3]   27/24 28/1
 28/17

**4**

43 [2]   27/15 27/20
4700-C [1]   1/24

**5**

54 [1]   21/22
55-year-old [1]
 14/10
550 [1]   1/17
555 [1]   1/14

**6**

625 [1]   1/17

**7**

70 [1]   49/22

**8**

861 [3]   41/14 44/21
 47/5
8th [1]   7/4

**9**

90 [1]   48/15
9th [1]   15/17

**A**

a.m [5]   1/7 48/25
 49/12 49/14 51/7
abilities [1]   3/18
ability [2]   7/13
 47/24
able [2]   16/19
 24/10
abolished [2]   21/16
 21/19
above [5]   16/10
 28/17 30/13 31/3

52/5
above-entitled [1]
 52/5
absolute [1]   37/13
Absolutely [1]
 48/19
abundance [1]   42/24
accept [17]   2/4
 23/7 23/10 23/12
 23/14 23/20 23/23
 23/24 31/6 31/8
 33/21 33/22 33/23
 34/7 37/19 42/21
 46/21
acceptance [2]   27/4
 28/2
accepted [1]   2/8
accepts [1]   41/18
according [4]   17/8
 21/11 27/13 33/3
account [1]   15/18
accurate [2]   3/17
 10/23
accused [1]   16/19
acetone [1]   22/11
acknowledges [1]
 39/24
acquisition [1]
 18/14
Act [1]   36/1
Action [1]   1/4
activity [1]   26/19
actual [1]   2/14
actually [4]   4/1
 14/2 20/9 48/16
add [2]   38/24 42/11
added [1]   16/18
addition [2]   34/16
 39/24
additional [4]   21/6
 21/10 21/12 27/7
additionally [1]
 17/2
address [1]   15/15
addressed [5]   16/9
 16/17 17/1 17/8
 17/15
addresses [1]   15/6
 15/7 15/14 17/9
adequate [1]   50/19
adjourned [1]   51/7
Adult [2]   14/20
 15/10
advantages [1]   9/12
advice [2]   44/5
 44/9
advised [1]   3/17
affect [1]   22/25
affects [1]   22/24
affirm [1]   5/24
afford [1]   38/1
again [14]   6/14
 7/17 9/5 9/6 13/18
 29/21 31/2 31/24
 32/3 34/3 34/4 40/1
 40/2 46/7
against [4]   8/8
 18/24 37/15 43/16
agent [1]   18/15
aggravated [1]   2/10

agree [11]   11/4
 13/25 18/6 18/21
 27/3 27/6 32/8
 32/18 32/22 32/22
 36/3
agreed [10]   4/13
 15/18 19/2 22/19
 25/19 26/18 26/20
 32/21 32/24 34/21
agreeing [7]   20/5
 34/18 35/15 35/18
 35/23 43/8 46/18
agreement [49]   1/9
 3/21 4/1 4/7 12/7
 12/20 12/22 13/14
 19/14 19/16 21/12
 22/1 22/15 22/16
 22/18 22/23 23/3
 23/13 23/13 23/15
 23/20 24/17 24/20
 24/21 24/25 25/10
 25/13 26/1 26/2
 26/11 26/16 28/7
 28/23 29/22 29/24
 30/25 32/5 32/23
 33/13 34/4 34/7
 34/10 34/20 35/4
 35/14 42/5 42/6
 42/11 42/12
agreements [20]
 3/10 5/20 9/10 9/11
 9/15 9/23 10/1
 10/23 10/25 11/19
 12/1 12/3 13/11
 19/2 30/17 30/20
 31/22 32/9 32/24
 33/16
ahead [3]   5/2 39/20
 50/15
along [1]   15/6
although [1]   3/15
AMERICA [1]   1/3
ammunition [2]   18/2
 22/5 22/11 43/2
among [1]   22/6
amount [2]   21/6
 21/10
analyzed [3]   9/14
 9/22 10/14
appeal [13]   4/14
 13/2 13/5 30/18
 30/20 30/22 31/1
 31/2 32/5 34/17
 35/19 37/25 38/1
APPEARANCES [1]
 1/12
appears [1]   12/10
applicable [4]
 19/25 39/3 39/5
 43/6
application [1]
 17/5
apply [6]   25/23
 25/24 26/8 26/17
 26/21 42/22
appointed [2]   36/18
 38/2
appreciate [2]
 32/19 42/19
appropriate [5]

**A**

appropriate... [5]
22/20 24/11 30/5
32/11 32/19
approximately [2]
14/18 21/22
April [8]  48/16
48/17 48/23 49/1
49/12 49/14 49/25
50/10
April 10th [1]
50/10
around [7]  14/23
15/17 15/24 17/12
49/23 49/24 50/10
arraigned [4]  45/1
45/8 46/5 46/7
arraignment [2]
45/15 46/8
arrest [2]  14/12
14/15
assessment [1]  20/5
assistance [5]  3/4
3/22 30/22 31/2
31/25
associated [1]  15/9
assumed [1]  2/4
assuming [3]  28/3
28/16 33/21
attached [1]  13/14
attack [2]  31/23
31/24
attorney [6]  4/7
6/20 10/15 26/10
29/2 34/16
Attorney's [2]  19/3
19/3
attorneys [1]  49/6
authorities [1]
14/24
available [1]  50/10
Avenue [2]  1/17
1/24

**B**

back [3]  21/5 39/7
51/5
background [1]  24/8
ball [1]  11/6
Bankruptcy [1]  1/23
base [1]  26/18
based [8]  8/20
24/12 26/21 27/12
27/21 30/22 31/2
31/24
basis [1]  46/20
be run [1]  32/25
beans [3]  16/1 16/3
22/11
become [2]  41/15
42/15
behalf [1]  37/6
behave [1]  21/23
below [2]  28/10
30/13
benefit [1]  2/3
best [4]  9/15 9/24
10/2 45/3
better [1]  16/16

beyond [3]  13/17
36/10 37/21
binding [2]  23/4
30/1
binds [1]  19/9
biological [7]  8/25
9/4 18/15 19/21
44/19 46/13 46/25
border [2]  17/23
17/24
born [2]  7/3 7/4
both [17]  4/10 4/11
4/21 4/24 5/2 5/5
5/10 8/7 12/2 13/8
32/24 39/17 39/22
40/16 43/9 46/21
49/4
bound [6]  19/16
24/21 25/9 31/12
31/15 33/24
Bridge [1]  17/23
briefly [1]  45/4
bring [2]  5/20
11/25
Brooks [5]  14/21
15/11 15/12 16/22
16/22
Buffalo [1]  17/23
bunch [1]  9/13
burden [1]  37/20
Bureau [1]  17/14
busy [1]  44/2

**C**

calculate [1]  30/6
calculating [1]
31/12
call [5]  4/10 4/25
5/1 5/2 22/16
called [3]  4/24
13/15 21/22
calling [1]  5/3
can [23]  2/12 4/12
5/20 6/6 7/2 7/14
16/3 20/14 23/12
23/23 24/12 30/11
30/13 31/18 33/1
36/21 39/17 39/24
42/10 48/18 49/6
50/23 50/24
Canada [6]  14/11
15/1 15/2 15/25
17/10 17/23
capable [2]  8/22
43/25
car [1]  17/22
carefully [3]  4/12
10/14 33/2
carry [1]  19/22
case [65]
cases [12]  4/10
4/24 4/25 5/2 5/5
6/15 8/7 30/21 33/5
40/16 43/9 46/21
castor [3]  16/1
16/3 22/11
causes [1]  16/4
caution [1]  42/24
cells [2]  16/4 16/5
Center [5]  14/21

14/21 15/10 15/11
16/23
certain [6]  3/9
3/20 21/3 21/4
30/18 42/25
certify [1]  52/4
challenge [5]  29/14
29/18 35/19 36/21
41/5
chance [2]  28/13
51/3
characteristics [1]
26/21
characterize [1]
10/23
charge [1]  46/25
charges [16]  8/7
14/17 14/23 18/10
18/11 18/24 21/16
33/20 33/23 33/24
34/18 36/5 43/16
45/1 45/19 47/24
charging [1]  46/12
chart [1]  27/16
chief [2]  15/8
16/22
chose [1]  37/12
circumstances [1]
32/4
citizen [3]  7/6
14/11 42/23
city [1]  14/13
civil [1]  42/21
claim [1]  31/24
clear [3]  26/1
40/12 42/14
clerical [1]  4/9
clerk [3]  2/6 20/6
20/11
close [1]  11/16
clown [2]  15/22
16/20
COB [2]  50/23 50/24
Code [7]  9/1 9/5
30/8 34/22 44/20
46/14 47/1
collaterally [1]
31/22
Collier [1]  2/7
colloquy [2]  5/10
33/22
COLUMBIA [8]  1/1
9/3 26/17 41/6
41/15 41/17 46/4
47/8
command [1]  16/21
comments [1]  40/24
commitment [1]  19/9
communicate [3]
3/14 47/22 47/24
competence [1]  8/15
competent [1]  8/22
completed [1]  49/21
completely [1]  34/8
completion [2]  35/6
35/8
comply [3]  21/4
21/5 21/6
computer [1]  12/1
concern [1]  4/23

concerns [2]  4/20
7/17
conclusion [1]  2/15
concurrent [1]
41/24
concurrently [3]
32/25 33/1 33/5
conditions [2]  21/3
21/7
conduct [1]  19/5
confident [2]  3/18
41/1
conflict [1]  49/5
confused [1]  3/9
confusion [1]  33/15
connected [4]  15/5
15/6 16/11 43/12
consent [3]  4/5
41/16 42/3
consented [4]  4/2
22/2 22/10 41/13
consenting [3]  26/2
34/23 38/21
consents [1]  35/5
consider [3]  30/6
30/7 34/7
Constitution [1]
1/24
contain [1]  8/7
contained [2]  36/6
45/19
Contreras [1]  2/7
convict [1]  36/11
convicted [1]  37/22
conviction [3]  7/10
20/6 31/23
convictions [1]
30/21
convince [1]  36/11
coordinators [1]
17/16
copies [1]  8/6
copy [6]  11/24
11/25 12/5 12/7
27/17 45/9
correctly [1]  32/8
cost [1]  20/16
counsel [5]  8/14
30/22 31/2 31/25
36/18
counsel's [1]  8/21
count [7]  8/24 46/6
46/6 46/6 46/12
47/2 47/8
countered [1]  11/7
counts [8]  9/3
10/19 20/11 44/18
44/22 45/22 45/24
46/22
County [9]  14/20
14/21 15/9 15/10
15/11 15/12 16/22
16/22 16/23
couple [1]  24/17
course [2]  2/10
47/23
court [25]  1/1 1/22
1/23 2/7 6/1 6/6
20/12 20/14 23/1
23/4 25/16 29/8

## C

court... [13]   31/3
31/4 31/11 34/9
34/24 34/25 36/18
38/16 41/18 42/20
46/23 47/16 52/3
court-appointed [1]
36/18
courtroom [2]   5/21
50/9
courts [1]   1/23
20/6
cousins [1]   17/3
cover [3]   3/23 7/12
41/5
cr [17]   1/4 1/5 3/2
5/4 5/6 5/6 9/7
38/22 41/14 41/15
42/15 45/25 46/4
46/24 47/3 47/5
47/7
credit [2]   21/23
40/10
crime [1]   27/9
criminal [11]   1/4
9/16 9/25 14/17
14/23 18/16 22/17
27/21 28/3 41/19
45/25
criminally [1]   19/5
cross [1]   36/25
cross-examine [1]
36/25
crossing [1]   17/23
CTF [1]   48/1
custody [1]   14/22

## D

D.C [17]   4/6 5/6
12/7 13/15 14/1
15/16 17/13 19/2
20/6 38/16 38/22
40/16 41/9 41/23
42/5 47/4 47/4
DABNEY [1]   1/10
date [10]   2/21
10/20 11/2 48/7
48/11 49/6 49/8
49/10 49/20 52/10
days [4]   7/25 21/22
48/15 49/23
DC [6]   1/6 1/14
1/15 1/17 1/18 1/25
DDC [1]   3/2
deadly [1]   16/2
decide [6]   24/17
25/4 25/14 29/1
34/3 34/7
decided [1]   2/4
decision [4]   23/14
23/20 24/10 25/13
defendant [22]   1/7
1/16 4/7 14/10
14/16 14/19 14/22
14/25 15/2 15/3
15/17 15/24 16/8
16/11 17/5 17/7
17/9 17/22 17/25
18/1 18/12 23/24

defendant's [3]
14/15 15/13 15/21
defendants [1]   9/13
defense [4]   4/7 5/9
22/19 37/4
defer [2]   23/14
23/19
defined [2]   16/6
16/7
definitely [1]
32/18
degree [2]   7/20
7/23
deleterious [4]
9/16 9/24 10/3 10/5
delivery [1]   18/15
demonstrating [1]
40/1
Department [1]   15/8
departure [1]   28/22
departures [1]   30/7
depending [1]   43/2
deploy [1]   17/17
deportation [2]
7/10 35/25
deprived [2]   42/21
42/24
depth [1]   7/12
deputy [4]   5/21
15/12 16/17 50/9
described [2]   15/21
16/14
designed [3]   9/11
9/16 9/24
desire [1]   49/7
destruction [1]
17/16
detail [1]   3/11
detailed [1]   32/4
detained [1]   14/16
detainer [2]   14/17
14/25
detention [11]
14/19 14/20 14/21
14/22 15/5 15/10
15/11 15/13 16/12
16/18 16/23
determined [1]
14/24
determines [1]   31/4
determining [2]
29/25 30/4
development [1]
18/13
dictatorship [1]
16/24
die [1]   16/6
difference [4]   4/12
4/18 13/1 13/4
different [3]   10/22
11/22 29/1
differently [1]
34/9
difficult [2]   8/1
8/4
diplomacy [1]   32/19
directly [1]   30/25
discover [1]   17/3
discovered [1]
31/25

discovery [1]   24/5
discretion [2]
25/15 34/9
discussed [9]   3/7
3/19 12/17 13/8
26/7 26/13 32/3
34/17 38/6
discussing [1]   7/13
discussions [1]
10/22
dismissed [1]   14/24
dispute [1]   42/16
disruption [1]   27/8
DISTRICT [26]   1/1
1/1 1/10 1/23 3/24
5/7 6/16 9/2 9/2
9/8 19/4 20/7 21/11
26/16 32/4 41/6
41/14 41/15 41/16
44/20 45/9 46/4
46/23 46/24 47/6
47/8
docket [1]   5/4
document [13]   12/13
13/15 13/19 13/22
14/14 18/4 22/6
38/9 38/13 38/15
38/25 40/13 41/22
documentation [1]
2/22
documents [1]   3/16
Donald [1]   15/15
doubt [4]   8/14
13/18 36/10 37/21
down [2]   27/16
drove [1]   17/22
drugs [1]   7/25
due [2]   17/18 50/14
during [2]   14/15
36/25

## E

earlier [2]   21/18
23/19
early [1]   16/8
easier [1]   47/22
eight [9]   9/3 15/4
16/10 26/15 44/18
44/22 45/22 45/25
46/22
either [5]   4/20
8/14 16/20 31/23
33/17
El [3]   14/21 15/12
16/18
elect [1]   29/22
election [1]   17/5
electronically [1]
11/22
elects [1]   29/23
elements [2]   14/5
18/10
else [4]   7/25 43/12
48/4 49/15
end [3]   30/1 48/17
49/5
ended [1]   16/25
enforcement [4]
14/12 14/13 15/9
22/4

engineering [2]
7/19 7/22
English [3]   3/18
7/14 7/15
enhancement [6]
26/22 26/23 26/24
27/8 27/9 27/22
enhancements [2]
26/20 27/7
Enjoy [1]   16/25
enough [7]   11/16
13/7 40/19 41/2
43/7 43/15 50/3
enter [4]   2/14 8/15
13/12 45/19
entered [6]   22/16
22/24 23/4 26/16
31/23 46/19
entering [5]   6/14
8/22 33/19 34/24
35/22
entitled [2]   27/3
52/5
entry [2]   34/21
35/16
envelope [3]   17/8
17/8 17/10
envelopes [3]   17/7
17/11 17/19
envision [1]   2/18
errors [1]   44/8
estimate [2]   26/11
29/2
estimated [1]   28/15
estimates [2]   27/12
27/14
EUGENE [1]   1/16
even [1]   19/16
everyone [1]   51/6
evidence [4]   32/1
36/22 37/4 37/7
examine [1]   36/25
except [4]   13/4
30/21 31/1 31/24
exception [1]   16/17
exclusion [1]   35/25
execution [1]   34/25
expect [1]   11/25
experts [1]   17/17
explain [1]   26/17
explained [1]   40/11
explaining [1]
40/10
exposed [1]   16/4
express [1]   15/18
extended [1]   11/3
extent [4]   30/21
31/1 31/24 47/5
extraterritorial [1]
18/17

## F

face [1]   15/20
facilities [1]
14/20
facility [4]   14/22
15/13 16/18 17/20
fact [2]   13/15
44/12
factors [1]   30/8

**F**

facts [8]   13/17
14/1 14/5 18/6 24/6
24/13 29/14 29/18
factual [1]   46/20
fail [1]   21/4
failing [1]   21/6
fair [3]   13/6 13/7
43/7
false [4]   6/9 14/14
18/3 22/6
falsely [1]   6/9
familiar [1]   27/18
far [2]   4/12 7/18
FBI [1]   17/25
federal [8]   17/14
18/17 20/15 21/16
22/17 27/9 41/19
43/2
felony [2]   2/10
20/5
FERRIER [36]   1/6
3/4 3/19 4/15 5/4
5/12 5/18 5/21 5/23
6/4 7/3 7/18 8/23
9/19 10/20 10/22
11/10 11/13 11/14
12/9 14/6 18/6
18/23 19/14 20/21
32/20 34/4 40/1
42/12 42/20 44/11
45/1 46/11 46/17
47/14 49/9
Ferrier's [3]   3/9
8/15 8/21
filed [2]   9/2 46/23
final [2]   25/6
49/21
find [9]   8/21 16/16
30/12 44/8 46/19
46/20 46/21 47/2
47/7
finding [1]   4/4
fine [7]   19/23
20/15 23/1 28/15
39/19 40/16 42/7
fines [1]   20/1
finished [1]   50/2
firearm [4]   14/14
18/2 22/5 43/1
first [7]   12/7
24/19 26/21 27/7
34/20 44/17 50/6
five [4]   13/19
21/12 26/24 26/24
five-level [1]
26/24
flow [1]   24/18
follow [2]   8/1 8/4
following [1]   20/23
For the Defendant [1]
1/16
force [1]   37/12
forced [1]   44/14
foregoing [1]   52/4
forfeit [2]   22/2
22/10
forgotten [1]   11/12
form [2]   16/3 39/17

formal [1]   45/16
forms [1]   35/24
forth [3]   19/6
25/25 28/23
forward [4]   25/14
29/23 29/24 39/11
found [2]   25/6
37/25
four [3]   16/10 17/4
27/7
four-level [1]   27/7
Fourth [1]   1/14
FPD [1]   1/17
FPD-DC [1]   1/17
France [2]   7/4
14/11
French [4]   3/16
3/16 7/19 7/22
Friday [4]   50/23
50/24 50/25 51/2
FRIEDMAN [19]   1/13
2/13 4/2 5/18 8/18
10/19 14/4 18/5
18/7 18/9 20/19
32/10 35/4 42/11
44/24 45/21 46/8
47/10 48/4
FRIEDRICH [1]   1/10
full [1]   13/23
fully [1]   8/22
fun [1]   51/2
fundamental [1]
9/13
further [3]   17/21
19/5 50/5

**G**

gang [1]   16/23
gave [1]   3/15
generally [1]   9/11
gift [1]   16/14
given [5]   4/5 41/16
44/6 45/8 47/23
giving [11]   9/12
30/18 30/20 30/25
31/22 34/17 43/8
43/12 43/17 50/3
50/18
goes [1]   5/18
good [1]   21/22
government [21]
1/13 4/8 9/12 11/6
13/2 13/17 19/2
20/16 22/2 22/18
24/19 25/20 26/10
27/3 29/2 29/17
29/23 32/5 34/16
36/9 36/10
Government's [4]
2/3 11/1 37/1 37/20
gravity [1]   47/24
great [1]   40/9
greater [1]   25/18
guarantee [1]   49/11
guess [2]   39/7 42/6
guideline [13]
27/13 27/15 27/22
27/23 28/2 28/12
28/16 28/17 28/22
30/6 30/12 31/3

31/12
guidelines [11]
4/16 25/23 25/24
25/25 26/5 26/12
26/12 26/17 30/1
30/7 31/13
guilt [2]   30/21
37/21
guilty [40]   2/12
8/15 8/24 9/3 10/8
14/6 18/12 19/21
25/1 25/5 25/6 26/4
30/19 33/13 34/18
36/4 36/9 37/19
37/25 38/5 43/8
43/9 43/13 43/17
44/11 44/12 44/15
44/21 44/22 44/23
46/1 46/1 46/2
46/14 46/15 46/16
46/19 46/22 47/2
47/7
gun [3]   16/19 18/3
22/5

**H**

hand [2]   5/24 16/9
handwritten [4]
15/4 15/13 17/6
17/9
happened [1]   45/15
happy [3]   44/3 44/5
44/7
hard [3]   9/18 10/21
50/12
hashtag [1]   15/23
hazardous [1]   17/17
heard [1]   6/14
hearing [5]   1/9 3/8
23/19 29/6 35/15
held [1]   14/19
helpful [1]   42/20
hesitation [2]   10/7
10/10
Hidalgo [4]   14/20
15/9 15/10 16/23
hiding [1]   11/6
high [1]   27/14
higher [1]   30/14
history [2]   27/21
28/4
Hogan [1]   2/7
hold [5]   12/6 12/9
12/21 37/15 42/25
homemade [2]   15/25
17/6
Honor [20]   3/6 3/12
3/15 4/10 5/3 8/17
11/9 14/7 18/22
32/17 39/22 40/11
47/19 48/2 48/5
48/9 48/24 49/2
49/17 49/24
HONORABLE [1]   1/10
HOOK [3]   1/22 52/3
52/10
Hopkins [1]   48/18
hours [2]   40/4 40/7
House [2]   15/16
17/15

hundreds [1]   18/2
hydroxide [1]   22/11
hypothetically [1]
34/6

**I**

identification [3]
14/14 18/4 22/6
identified [1]
16/10
immediate [1]   34/25
immigration [3]
14/17 14/24 35/25
important [2]   3/8
6/23
impose [5]   20/15
21/21 23/1 29/1
32/6
imposed [3]   25/6
31/1 31/23
imposing [2]   2/16
2/17
imprisonment [8]
19/22 20/16 20/22
20/24 21/12 21/20
30/15 31/19
in-person [3]   47/21
47/22 47/25
incarceration [2]
19/24 22/25
included [1]   15/7
15/14 15/22
including [5]   2/7
16/1 22/4 37/4 38/6
incorrectly [1]
5/17
Indiana [1]   1/17
indictment [12]
45/6 45/9 45/16
45/19 45/23 45/25
46/3 46/7 46/12
46/22 47/3 47/9
indictments [2]   8/7
36/6
individual [2]
15/14 16/5
individuals [4]
15/4 15/7 16/9
16/11
ineffective [3]
30/22 31/2 31/25
information [1]
24/9
informed [3]   2/25
8/22 40/2
informs [1]   50/9
ingredients [1]
16/1
iniquitous [1]   9/12
initial [1]   39/24
initially [2]   11/6
46/23
injustice [2]   9/16
9/25
innocent [2]   37/8
37/20
instead [1]   8/23
instruct [1]   37/14
intended [2]   4/10
16/20

**I**

intent [1]   18/19
interest [1]   19/25
interpreter [5]   3/3
3/5 3/5 3/14 3/22
interview [2]   47/21
47/25
interviewed [2]
29/7 47/16
into [5]   6/5 14/9
22/24 26/16 51/5
investigation [2]
17/15 17/20
involving [1]   26/19
issue [1]   20/18
issued [1]   35/11
items [1]   22/2

**J**

jammed [1]   50/16
January [1]   1/6
JEFF [3]   1/22 52/3
52/10
jobs [1]   42/25
judge [3]   1/10 2/14
23/23
judges [3]   2/6 2/6
2/7
judicial [1]   34/21
jurisdiction [1]
18/17
jurors [1]   36/11
jury [6]   37/14
38/10 38/21 39/16
40/13 43/1
justified [1]   14/25

**K**

keep [5]   6/5 13/2
25/1 25/14 33/23
keeping [1]   13/5
Kel [1]   22/5
Kel-Tec [1]   22/5
kept [1]   15/3
KillTrump [1]   15/23
kind [1]   43/1
knives [2]   18/3
22/5
knowing [3]   18/13
18/19 24/10
knowingly [2]   4/5
41/21
Kollar [1]   2/8
Kollar-Kotelly [1]
2/8
Kotelly [1]   2/8

**L**

language [2]   2/8
7/14
last [8]   7/25 9/19
9/20 12/8 12/10
12/20 38/9 48/22
later [1]   7/13
law [10]   2/6 14/12
14/13 15/8 22/3
37/19 40/4 40/7
40/22 44/9
laws [1]   43/3

lawyer [9]   12/17
33/17 36/14 36/20
36/24 38/1 38/2
43/16 43/22
lead [1]   17/2
learn [1]   24/8
least [7]   9/16 9/24
10/3 10/4 21/11
27/14 27/14
leftover [1]   16/2
legal [1]   42/18
lenient [2]   10/20
11/1
less [1]   21/21
letter [10]   16/9
16/13 16/15 16/15
16/16 16/19 16/25
17/1 17/6 17/15
letters [3]   17/18
17/20 18/1
level [16]   26/19
26/20 26/22 26/23
26/24 27/4 27/7
27/9 27/13 27/14
27/15 27/20 27/21
28/9 28/16 28/17
library [6]   40/5
40/6 40/7 40/22
43/24 44/9
life [5]   19/22
19/24 27/23 30/15
31/19
limited [1]   24/13
list [4]   15/4 15/7
15/13 17/9
listed [1]   15/15
little [3]   10/21
23/23 24/4
loaded [2]   14/14
18/2
local [1]   43/2
locations [1]   17/18
long [2]   19/15
39/23
longer [1]   14/25
look [2]   13/19 51/3
looked [1]   2/4
looking [1]   49/23
looks [1]   48/17
lot [14]   3/23 5/16
12/15 12/16 12/18
24/1 24/8 34/5
40/23 40/24 44/1
44/2 47/21 49/9
lots [1]   12/24

**M**

mailed [1]   17/9
making [2]   6/9 16/5
mandatory [1]   19/24
many [1]   42/22
March [1]   14/11
March 12th [1]
14/11
Maryland [1]   17/21
mass [1]   17/16
material [2]   16/2
17/17
matter [2]   32/6
52/5

maximum [5]   19/22
19/22 19/23 27/20
30/14
may [12]   7/4 14/23
32/5 32/11 42/21
42/24 45/3 45/15
45/15 50/7 50/16
51/5
May 24th [1]   14/23
May 8th [1]   7/4
Maybe [1]   50/14
mean [2]   39/6 42/10
means [3]   21/1
21/19 34/23
media [2]   15/18
15/21
medication [1]   7/24
member [1]   16/23
memoranda [2]   49/19
50/12
memorandum [1]
49/16
memos [2]   50/14
50/17
mention [2]   19/14
19/17
mentioned [1]   33/3
meticulousness [1]
42/19
MICHAEL [1]   1/13
microphone [2]   6/5
14/9
middle [1]   48/16
might [7]   7/25 8/3
16/18 26/8 26/17
29/3 35/5
minus [1]   28/1
missed [1]   5/17
Mission [3]   14/12
15/8 16/21
months [6]   14/18
22/19 25/19 28/3
32/24 33/5
more [7]   7/12 24/1
26/24 40/11 40/25
50/17 51/4
most [2]   10/20 11/1
motions [1]   36/21
move [4]   36/22 41/2
49/8 50/4
moved [1]   49/10
Mr. [43]   2/13 3/3
3/7 4/2 5/9 5/18
5/18 8/16 8/18
10/19 10/22 11/4
12/4 13/8 14/4 18/5
18/7 18/9 18/21
20/19 26/8 26/10
26/13 29/11 32/10
32/16 35/4 40/10
40/20 40/24 42/11
42/12 43/16 44/24
45/21 46/8 47/10
47/12 47/17 48/6
48/8 48/18
Mr. Ferrier [1]
42/12
Mr. Friedman [18]
2/13 4/2 5/18 8/18
10/19 14/4 18/5

18/7 18/9 20/19
32/10 35/4 42/11
44/24 45/21 46/8
47/10 48/4
Mr. Hopkins [1]
48/18
Mr. Ohm [23]   3/3
3/7 5/9 5/18 8/16
10/22 11/4 12/4
13/8 18/21 26/8
26/10 26/13 29/11
32/16 40/10 40/20
40/24 43/16 47/12
47/17 48/6 48/8
Ms. [34]   3/4 3/9
3/19 4/15 5/12 5/18
5/21 5/23 6/4 7/3
7/18 8/15 8/21 8/23
9/19 10/20 10/22
11/10 12/9 14/6
18/6 18/23 19/14
20/21 32/20 34/4
40/1 42/20 44/11
45/1 46/11 46/17
47/14 49/9
Ms. Ferrier [31]
3/4 3/19 4/15 5/12
5/18 5/21 5/23 6/4
7/3 7/18 8/23 9/19
10/20 10/22 11/10
12/9 14/6 18/6
18/23 19/14 20/21
32/20 34/4 40/1
42/20 44/11 45/1
46/11 46/17 47/14
49/9
Ms. Ferrier's [3]
3/9 8/15 8/21
much [3]   5/19 13/4
50/11
must [2]   21/4 29/25

**N**

names [2]   15/7
15/14
Nationality [1]
36/1
need [7]   19/15 41/2
47/25 50/11 50/17
50/22 51/4
needed [3]   3/5 3/6
3/23
neither [1]   28/21
New [1]   17/24
newly [1]   31/25
next [3]   14/18 17/3
47/14
night [1]   51/2
nine [2]   16/9 17/11
ninth [1]   15/14
nobody [2]   23/11
33/14
non [1]   50/24
non-COB [1]   50/24
None [1]   33/18
Normally [1]   50/15
note [1]   47/20
noted [1]   13/1
notice [1]   35/15
notified [1]   17/14

**N**

number [15]    2/5 2/6
3/2 5/4 38/25 39/25
41/13 41/24 42/7
42/11 42/13 47/3
47/4 47/4 47/7
numbers [1]    39/18
NW [3]    1/14 1/17
1/24

**O**

oath [1]    6/8
objection [1]    5/9
objections [1]
36/25
obligation [2]
19/25 30/5
occur [1]    35/8
occurred [1]    14/2
off [1]    11/25
offense [12]    7/10
8/25 9/4 12/3 13/16
18/17 19/6 24/7
26/19 26/21 27/13
31/19
offenses [3]    14/6
19/20 26/3
offer [1]    10/20
offered [2]    11/1
11/6
office [4]    19/3
19/4 29/7 47/15
officer [2]    29/7
29/15
officers [2]    14/12
15/9
offices [1]    19/10
official [4]    1/23
12/1 26/23 52/3
officially [3]    3/1
4/25 5/1
officials [1]    17/24
OHM [24]    1/16 3/3
3/7 5/9 5/18 8/16
10/22 11/4 12/4
13/8 18/21 26/8
26/10 26/13 29/11
32/16 40/10 40/20
40/24 43/16 47/12
47/17 48/6 48/8
old [1]    14/10
once [2]    3/15 24/5
one [12]    4/8 4/10
6/15 8/24 11/25
16/17 37/12 38/9
39/21 44/25 45/22
45/24
one's [1]    33/8
ones [1]    33/12
only [6]    19/10
22/24 33/19 38/16
39/3 49/6
opened [1]    17/11
opportunity [5]
24/25 29/6 29/10
29/13 29/18
option [2]    24/20
34/6
options [3]    9/15

9/23 34/5
order [12]    2/5 2/13
2/14 3/14 3/25
33/13 34/21 34/24
35/1 35/10 35/16
35/19
ordinance [1]    14/13
original [2]    11/18
15/23
originals [1]    11/20
other's [1]    6/16
otherwise [1]    35/19
out [6]    34/16 39/21
42/8 42/12 48/15
50/4
over [2]    3/10 19/12
own [1]    37/5

**P**

page [7]    12/8 12/9
12/11 12/11 12/20
12/21 13/19
pages [1]    26/15
paper [1]    41/12
paperwork [2]    3/24
4/8
paragraphs [1]
16/10
parole [1]    21/15
part [8]    2/17 4/6
16/24 22/1 31/5
31/7 34/20 35/14
particularly [1]
3/17
parties [4]    26/18
26/20 27/6 32/8
parties' [2]    31/15
33/3
party [1]    28/22
PASCALE [2]    1/6 5/4
pay [3]    19/25 20/5
20/15
Peace [1]    17/23
penalties [2]    18/16
20/1
pending [1]    14/16
pepper [2]    18/3
22/5
per [2]    20/5 21/22
period [2]    19/24
20/23
perjury [1]    6/8
pernicious [1]    9/12
person [5]    14/15
22/3 47/21 47/22
47/25
piece [1]    41/11
placed [4]    6/7
14/12 17/5 17/7
Plaintiff [1]    1/4
plea [94]
plead [16]    3/4 8/24
9/3 33/13 34/18
36/4 38/5 43/8 43/9
44/15 44/17 44/21
45/24 46/5 46/11
46/19
pleading [8]    2/12
14/6 18/12 19/20
26/4 30/19 43/17

44/11
pleas [8]    2/9 4/21
5/10 6/13 8/15 10/8
10/19 43/13
please [6]    4/21
5/17 5/23 6/20
15/20 48/21
podium [1]    5/21
point [9]    2/14 3/20
4/24 5/15 6/18 6/19
24/1 33/16 34/6
pointed [2]    34/16
42/12
pointing [1]    42/8
poison [2]    16/2
16/16
police [3]    15/8
15/8 16/22
position [1]    31/11
possess [1]    43/1
possession [2]    18/1
18/15
possible [4]    9/15
9/23 21/21 30/7
poster [1]    15/23
posting [1]    15/21
potential [1]    48/10
powder [3]    16/3
17/6 17/19
prepare [3]    29/7
47/15 50/11
prepared [4]    2/2
15/3 24/6 45/18
prescribes [2]
18/13 18/16
presence [1]    17/19
present [5]    3/4
29/11 36/14 37/4
47/17
presentence [9]
23/16 23/21 24/5
24/9 28/13 29/8
47/16 47/19 47/21
president [5]    15/15
15/21 16/13 17/1
17/4
presumed [1]    37/8
presumes [1]    37/19
pretty [1]    3/17
preventing [1]    16/4
previously [1]    47/5
primary [1]    4/17
principal [1]    4/12
print [2]    12/2
39/21
printed [1]    11/25
prior [2]    35/16
49/19
prison [4]    21/2
21/5 21/23 28/3
privately [1]    6/21
proactive [1]    34/14
probably [3]    2/3
4/19 50/10
probation [5]    29/7
29/15 47/15 47/20
48/14
problem [2]    7/16
48/3
Procedure [2]    22/17

41/19
proceed [4]    2/2
7/14 10/18 34/8
proceeding [3]    5/10
10/7 36/15
proceedings [4]    8/1
8/4 51/7 52/5
process [1]    2/17
processing [1]    16/3
production [1]
18/14
prohibitions [6]
8/25 9/4 19/21
44/18 46/13 46/25
promised [3]    23/6
23/9 33/9
promises [1]    33/11
pronunciation [1]
11/11
proper [1]    11/10
propose [1]    2/20
proposed [2]    15/19
28/10
proposition [1]
28/7
propounded [1]    5/25
prosecute [1]    19/5
prosecuted [1]    6/8
prosecutor [1]    18/7
protect [1]    49/10
protection [1]
35/24
proteins [1]    16/5
prove [3]    13/17
36/9 37/20
provides [1]    34/10
provision [2]    2/5
4/1
PSR [4]    49/20 50/1
50/10 50/12
purposes [3]    40/15
41/17 45/14
pursuant [6]    14/17
19/1 22/16 22/18
34/22 41/18
push [1]    51/5
put [2]    37/4 37/7

**Q**

Quebec [3]    15/2
15/25 17/10
quote [4]    15/19
15/20 15/22 15/22

**R**

raise [1]    5/23
range [17]    11/6
26/12 27/23 27/23
28/2 28/6 28/9
28/12 28/15 28/22
29/24 30/6 30/12
30/13 30/13 31/3
31/12
rather [2]    2/6
13/16
read [6]    4/11 8/10
12/13 12/24 13/22
45/12
reading [1]    45/16
realized [1]    45/6

**R**

reason [4]   8/3
39/11 49/6 51/4
reasonable [3]
13/17 36/10 37/21
receive [1]   50/12
received [4]   3/23
8/6 17/11 17/18
recipe [1]   16/16
recipient [2]   16/14
16/20
recognize [1]   38/11
recommendation [4]
25/10 33/4 33/4
33/25
recommendations [1]
31/16
recommended [1]
23/7
record [3]   38/25
39/24 52/5
reduction [2]   21/21
27/4
referred [1]   16/13
reflected [1]   33/12
reject [8]   4/15
23/13 24/17 24/24
25/13 29/22 33/18
34/3
release [4]   19/23
20/23 21/2 23/1
released [2]   2/19
14/22
relief [1]   35/24
remain [1]   37/13
remind [1]   4/2
removal [9]   2/5
2/14 34/22 34/24
35/7 35/10 35/16
35/20 35/24
remove [1]   17/4
repeat [1]   31/10
replied [1]   17/25
report [8]   23/16
23/21 24/5 24/9
28/13 29/8 47/16
47/19
reported [1]   29/14
reporter [4]   1/22
1/23 6/6 52/3
represent [2]   10/19
38/2
representations [1]
8/21
request [1]   48/18
requesting [2]
47/21 48/20
require [1]   37/5
required [3]   17/17
36/4 37/7
research [1]   40/22
resided [1]   15/2
residence [3]   15/4
15/25 22/12
respect [6]   8/25
9/4 19/21 44/18
46/13 46/25
respond [2]   10/11
50/22

responses [1]   8/20
responsibility [1]
27/4
responsible [1]
16/21
restitution [3]
19/25 20/1 20/18
result [1]   7/10
retention [1]   18/14
return [2]   39/11
49/11
returned [1]   15/1
review [2]   25/25
28/13
reviewed [2]   23/15
23/21
ricin [8]   15/25
16/1 16/3 16/4 16/6
17/6 17/19 18/1
right [41]   4/13
4/19 5/2 5/24 6/21
6/22 11/18 12/16
13/2 13/5 20/9
24/12 26/1 28/2
30/25 31/22 32/5
34/5 34/10 35/6
35/15 35/19 36/5
36/14 36/17 37/4
37/13 37/25 38/5
38/21 39/9 40/16
41/1 41/4 41/22
42/24 42/25 42/25
43/1 48/1 50/8
rights [13]   6/17
9/14 30/18 30/20
34/16 34/18 35/23
38/6 42/22 43/8
43/12 43/17 46/18
rip [1]   34/8
Room [1]   1/24
rounds [1]   18/2
ruined [1]   17/2
rule [5]   3/24 4/8
22/17 39/10 41/18
rules [4]   21/4 21/7
22/17 41/19
run [2]   32/25 33/5

**S**

safety [1]   17/21
sake [1]   4/9
same [2]   12/19 42/8
satisfied [2]   43/21
46/17
saving [1]   44/4
saw [2]   2/6 13/1
saying [2]   3/21
47/3
scenario [1]   30/5
school [1]   7/18
searches [1]   36/21
second [3]   24/24
26/22 27/8
Secret [1]   17/14
section [8]   9/1 9/6
18/18 30/9 34/22
44/20 46/14 47/1
seek [2]   28/22
35/23
seem [1]   11/5

seized [2]   14/14
22/3
seizures [1]   36/22
sending [1]   40/24
sense [1]   34/1
sent [3]   17/20 21/2
21/5
sentence [34]   2/15
2/17 2/17 4/14 4/15
9/19 9/20 13/5
19/22 21/21 22/19
23/7 24/11 25/6
25/15 25/18 26/12
28/10 29/1 29/25
30/5 30/12 30/14
31/1 31/18 31/23
32/6 33/9 33/19
34/9 34/24 35/6
35/8 41/24
sentenced [2]   20/22
21/20
sentences [1]   31/3
sentencing [18]
2/19 2/21 13/3
25/22 25/23 26/4
26/12 27/15 29/24
30/8 33/25 39/3
41/17 48/7 49/16
49/19 49/4 50/11
separately [2]   3/11
4/22
September [8]   15/3
15/17 15/24 16/8
17/12 17/13 17/22
22/4
September 14th [1]
17/12
September 18th [1]
17/13
September 2020 [3]
15/3 15/24 16/8
September 20th [2]
17/22 22/4
September 9th [1]
15/17
series [1]   6/12
serve [3]   21/5
21/20 42/25
Service [1]   17/14
services [1]   43/21
set [4]   19/5 25/25
28/22 49/5
several [1]   3/12
sheriff [4]   15/10
15/11 16/22 16/23
shoot [1]   15/20
showing [1]   38/9
shows [1]   24/5
side [3]   4/20 8/14
50/23
sign [1]   9/10
signature [4]   12/10
12/22 13/20 41/12
signed [8]   4/8
11/21 38/13 38/15
40/13 41/22 42/6
45/5
signing [1]   12/14
silent [1]   37/14
similar [1]   2/8

simply [1]   24/12
simultaneously [2]
4/21 5/10
single [2]   19/15
46/6
six [1]   27/21
small [1]   21/21
social [2]   15/18
15/21
sodium [1]   22/11
solemnly [1]   5/24
somebody [1]   11/23
someone [3]   11/19
11/24 15/20
sorry [5]   7/21 9/19
23/11 28/1 28/8
Southern [13]   3/24
5/7 6/15 9/7 19/4
20/7 21/11 32/4
41/14 44/20 45/9
46/24 47/6
speak [4]   5/17 6/5
7/17 14/8
speaking [1]   7/14
special [2]   16/13
17/16 17/20 20/5
specific [2]   19/13
19/13
Specifically [1]
26/18
specify [3]   9/9
30/17 32/23
Speedy [1]   49/7
spent [2]   40/4 40/7
spray [2]   18/3 22/6
stage [1]   36/15
stamp [1]   17/7
stand [1]   10/7
start [2]   12/7
29/25
state [7]   14/16
15/5 16/12 17/12
17/21 43/2 47/10
stated [9]   5/16
13/25 16/15 17/2
18/7 24/7 26/11
32/9 32/20
statement [6]   6/9
13/15 13/16 14/1
19/6 24/7
statements [2]   12/3
36/22
states [21]   1/1 1/3
1/10 2/20 3/21 4/13
5/4 9/1 9/5 13/5
17/10 17/14 19/3
21/16 22/24 30/8
34/22 44/19 46/14
46/23 47/1
statutory [1]   30/14
step [1]   47/15
still [1]   43/9
stipulated [3]   2/4
34/21 35/19
stockpile [1]   18/14
Street [1]   1/14
struggled [2]   31/6
31/7
studied [1]   33/2
stuff [1]   32/14

## S

stun [2]   18/3 22/5
subject [4]   20/23
21/3 26/4 40/8
subpoena [1]   37/5
subsequently [2]
2/19 15/1
substance [1]   32/9
substantial [1]
27/8
substantive [1]
4/17
sufficient [3]
20/15 45/21 48/15
suggest [1]   39/15
suggested [1]   11/8
Suite [1]   1/17
summarize [2]   14/5
18/10
summary [1]   24/6
superseding [5]
46/7 46/9 46/12
47/2 47/9
supervised [2]
19/23 20/23
supervision [2]
20/16 21/3
support [1]   14/5
suppress [1]   36/22
sure [14]   4/23 6/13
6/17 6/17 12/5 14/8
21/19 24/18 28/6
39/1 42/9 44/25
45/8 48/14
swear [2]   5/22 5/24
system [4]   9/17
9/25 16/24 18/15

## T

table [1]   27/17
talk [6]   6/14 6/20
6/21 40/19 43/15
48/10
talked [1]   10/15
Tec [1]   22/5
term [9]   16/6 19/15
19/16 19/23 20/22
20/24 21/20 22/25
22/25
terms [3]   19/13
26/2 39/16
terrorism [2]   27/9
27/22
testify [4]   6/9
37/6 37/11 37/13
testing [1]   17/21
Texas [30]   2/25
3/24 4/14 5/8 6/16
9/6 9/8 12/20 14/13
14/16 14/20 15/6
16/12 17/13 19/4
20/7 32/4 38/17
39/12 40/17 41/4
41/8 41/14 41/25
42/1 42/13 44/20
45/9 46/24 47/6
Texas' [1]   21/11
then-President [4]
15/15 15/21 16/13

17/1
therefore [1]   46/21
third [1]   26/23
though [1]   4/4
threatened [1]
44/14
three [12]   14/19
15/8 16/10 26/15
26/20 26/23 27/4
28/1 46/6 46/12
47/2 47/8
three-level [2]
26/23 27/4
throughout [1]
36/14
timely [1]   20/1
times [5]   3/12
11/22 12/15 12/16
12/18
Title [7]   9/1 9/5
30/8 34/22 44/19
46/14 47/1
today [5]   6/10 14/6
30/18 34/19 40/3
told [1]   11/11
ton [1]   49/4
took [1]   9/10
top [3]   5/19 27/15
33/6
toxicity [1]   16/4
toxin [7]   15/25
16/1 16/6 17/6
17/19 18/15 26/22
toxins [1]   26/19
transcribe [1]   6/6
transcript [2]   1/9
52/4
transfer [6]   18/14
39/2 41/13 41/16
42/3 45/5
transferred [7]   3/1
4/14 5/7 6/15 9/7
39/6 39/7
translation [1]
3/16
transmission [1]
47/20
transmitted [1]
11/22
trial [24]   8/24
13/18 25/5 32/12
36/5 36/9 36/15
36/25 37/11 37/14
37/22 37/25 38/5
38/7 38/10 38/21
39/3 39/4 39/5
39/12 39/16 40/13
49/7 50/8
trials [2]   49/5
49/9
true [3]   14/1 18/7
52/4
truly [1]   5/25
Trump [6]   15/15
15/20 15/22 16/13
16/21 17/1
truncheon [1]   18/3
try [2]   49/6 49/10
turn [1]   12/8
turning [1]   12/20

Twitter [2]   15/18
15/19
two [14]   6/13 6/15
7/25 10/25 14/18
18/2 20/6 22/5
26/22 27/7 32/9
33/5 49/6 49/19
two-level [1]   26/22
typically [1]   11/24
tyrant [2]   15/22
16/20
tyrants [2]   16/21
16/24

## U

U.S [7]   1/23 7/6
17/3 19/3 22/2 26/4
42/23
U.S.C [3]   16/6 16/7
18/13
ugly [2]   15/22
16/20
ultimately [1]   25/6
unanimously [1]
36/11
under [15]   4/15 6/8
14/12 16/21 18/18
28/7 28/10 30/7
30/8 30/19 30/24
31/21 32/3 35/25
39/10
understands [1]
46/18
understood [3]   10/6
34/15 47/25
unfair [2]   9/11
23/23
UNITED [20]   1/1 1/3
1/10 2/20 4/13 5/4
9/1 9/5 13/5 17/10
17/14 19/3 21/16
22/24 30/8 34/22
44/19 46/14 46/23
47/1
units [1]   26/24
unlawful [1]   26/19
unless [1]   37/18
up [23]   5/17 5/21
6/5 7/18 12/6 12/9
12/21 17/4 21/12
25/7 27/3 27/21
30/18 30/20 30/25
31/18 31/22 34/8
34/17 43/8 43/12
43/17 49/5
upon [2]   21/2 35/5
USA [1]   17/2
USAO [1]   1/14
USAO-DC [1]   1/14
use [4]   3/5 16/18
18/16 26/22
used [2]   15/17
15/23
user [1]   15/19
using [1]   16/1
usually [1]   49/22

## V

valid [1]   6/23
Valle [3]   14/21

15/12 16/18
valuable [1]   42/21
various [4]   10/19
13/16 17/18 43/2
vehicle [1]   22/3
venue [1]   41/5
victim [1]   26/23
view [1]   11/1
VIII [1]   34/22
violating [1]   14/13
violation [6]   9/1
9/5 18/12 44/19
46/13 47/1
voice [1]   6/5
voluntarily [3]   4/5
41/21 46/20
voluntary [1]   6/18
vote [1]   42/25

## W

waive [9]   4/13 9/13
35/15 35/18 35/23
38/5 38/21 41/1
45/15
waive the [1]   41/1
waived [1]   41/22
waiver [4]   32/12
38/10 39/16 40/13
waiving [3]   40/16
41/5 46/18
warden [4]   15/11
15/12 16/17 16/22
Washington [6]   1/6
1/15 1/18 1/25
15/16 17/13
waste [1]   16/2
way [4]   3/10 10/24
32/23 41/23
weapon [1]   18/16
weapons [7]   8/25
9/5 17/16 19/21
44/19 46/13 46/25
Wednesday [3]   48/18
48/20 48/22
week [5]   48/22
49/23 49/24 50/6
50/15
weekend [1]   51/3
weeks [1]   49/19
weighed [2]   9/14
9/23
what's [5]   5/19
11/10 21/22 24/7
48/22
White [2]   15/16
17/15
willing [1]   4/22
wish [5]   8/24 9/3
13/11 29/11 47/17
wished [1]   37/6
withdraw [3]   24/20
24/25 25/4
withdrawn [1]   39/10
within [2]   25/15
30/12
without [1]   16/5
witnesses [2]   37/1
37/5
wondering [1]   38/20
work [2]   16/15 49/1

**W**

**writing [1]**   41/13
**written [4]**   8/7
 11/24 41/24 45/6
**wrong [2]**   47/4 47/6
**wrote [1]**   16/8

**Y**

**year [3]**   7/2 14/10
 21/22
**years [4]**   17/4
 21/12 22/20 25/19
**York [1]**   17/24